(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**US Hotel Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>02-0621277 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>200 E. Rand Road<br>Mt. Prospect, IL 60056 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

"NO DISKETTE" stamp shown on right side.

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Filing stamp:
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/14/2005
Time: 13:19:42
Debtor: US HOTEL CORPORATION
Case: 05-04783    Fee: 839
Chapter: 11   Rec. #: 3122073
Judge: Carol Doyle

1:05BK04783-BK001

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **US Hotel Corporation** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: ||
| District: | Relationship: | Judge: ||

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br> ☐ Exhibit A is attached and made a part of this petition. |
|---|---|
| | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br><br> X _____ <br> Signature of Attorney for Debtor(s)        Date |
| **Signature of Attorney** <br><br> X /s/ Ariel Weissberg <br> Signature of Attorney for Debtor(s) <br> **Ariel Weissberg** <br> Printed Name of Attorney for Debtor(s) <br> **Weissberg and Associates, Ltd.** <br> Firm Name <br> **401 S. LaSalle Street** <br> **Suite 403** <br> **Chicago, IL 60605** <br> Address <br> **312-663-0004  Fax: 312-663-1514** <br> Telephone Number <br> **February 14, 2005** <br> Date | **Exhibit C** <br> Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No |
| | **Signature of Non-Attorney Petition Preparer** <br> I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. <br><br> _____ <br> Printed Name of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number <br><br> _____ <br> Address <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X /s/ Shaukat M. Sindhu <br> Signature of Authorized Individual <br> **Shaukat M. Sindhu** <br> Printed Name of Authorized Individual <br> **Director** <br> Title of Authorized Individual <br> **February 14, 2005** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> X _____ <br> Signature of Bankruptcy Petition Preparer <br><br> _____ <br> Date <br><br> A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156. |

In re  **US Hotel Corporation**                                              , Case No. _____
                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joshua S. Hyman, Esq.<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606-7413 | | - | First Mortgage<br>200 E. Rand Road<br>Mt. Prospect, IL<br><br>Value $ 12,000,000.00 | | | | 7,000,000.00 | Unknown |
| Account No.<br><br>Muhammed N. Sindhu<br>1803 Continental Avenue<br>Suite 307<br>Naperville, IL 60563 | | - | 2nd Mortgage<br>200 E. Rand Road<br>Mt. Prospect, IL<br><br>Value $ 12,000,000.00 | | | | 2,000,000.00 | 0.00 |
| Account No.<br><br> | | | Value $ | | | | | |
| Account No.<br><br> | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 9,000,000.00 | |
| | | | Total<br>(Report on Summary of Schedules) | | | | 9,000,000.00 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                       Best Case Bankruptcy

In re  **US Hotel Corporation**                                                                  Case No. _____
_____,
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

   Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __2__ continuation sheets attached

In re **US Hotel Corporation**, Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Adam S. Fayne, Esq.<br>Attorney and Special Assistant U.S. Atty<br>Office of Chief Counsel, IRS<br>200 W. Adams, Suite 2300<br>Chicago, IL 60606 | - | | | | | | 0.00 | 0.00 |
| Account No.<br><br>D. Patrick Mullarkey, Esq.<br>Tax Division (DOJ)<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044 | - | | | | | | 0.00 | 0.00 |
| Account No.<br><br>I.D.E.S.<br>Chicago Region - Revnue<br>527 S. Wells<br>Chicago, IL 60607-3922 | - | | | | | | 4,493.61 | 4,493.61 |
| Account No.<br><br>Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | - | | | | | | 35,803.17 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>Kansas City, MO 64999 | - | | | | | | 150,000.00 | 150.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 190,296.78

In re **US Hotel Corporation**, Case No. _____
　　　　　　　　　　　　Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>James D. Newbold, Esq.<br>Illinois Attorney General<br>100 W. Randolph Street, 13th Fl.<br>Chicago, IL 60601 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00

Total (Report on Summary of Schedules) 190,296.78

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　Best Case Bankruptcy

In re  **US Hotel Corporation**                                                                 Case No. _____
                                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A. Barr Sales, Inc.<br>8130 W. 47th Street<br>Lyons, IL 60534 | - | | | | | | 660.00 |
| Account No.<br><br>A.S. Hospitality<br>P.O. Box 240488<br>Memphis, TN 38124-0488 | - | | | | | | 156.36 |
| Account No.<br><br>Alsco<br>2641 S. Leavitt<br>Chicago, IL 60608 | - | | | | | | 369.51 |
| Account No.<br><br>Clear Channel Airports<br>710 North Dearborn Street<br>Chicago, IL 60610 | - | | | | | | 7,200.00 |
| **4** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 8,385.87 |

In re **US Hotel Corporation** , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ComEd<br>Bill Payment Center<br>P.O. Box 805376<br>Chicago, IL 60680-5376 | | - | | | | | 18,222.26 |
| Account No.<br><br>Darling International, Inc.<br>3000 W. Wireton Road<br>Blue Island, IL 60406 | | - | | | | | 258.00 |
| Account No.<br><br>Dependable Fir Equipment, Inc.<br>60 LeBaron Street<br>Waukegan, IL 60085-3025 | | - | | | | | 136.80 |
| Account No.<br><br>Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | | - | | | | | 1,096.33 |
| Account No.<br><br>Farmer Brothers Co.<br>31 W. 280 Diehl Road<br>Unit 103<br>Naperville, IL 60563 | | - | | | | | 430.24 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **20,143.63**

In re **US Hotel Corporation**  ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Groot Recycling & Waste Services, Inc.<br>2500 Landmeier Road<br>Elk Grove Village, IL 60007 | - | | | | | | 277.68 |
| Account No.<br>Lato Supply Corporation<br>P.O. Box 14830<br>Phoenix, AZ 85063 | - | | | | | | 2,914.82 |
| Account No.<br>MPower Communications<br>P.O. Box 36430<br>Las Vegas, NV 89133-6430 | - | | | | | | 1,362.63 |
| Account No.<br>Nextel Communications<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | - | | | | | | 363.07 |
| Account No.<br>Nicor Gas<br>P.O. Box 310<br>Aurora, IL 60507-0310 | - | | | | | | 1,696.16 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   6,614.36

In re **US Hotel Corporation**                                              Case No. _____
                                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NSI Signs, Inc.<br>960 Sivert Drive<br>Unit F<br>Wood Dale, IL 60191 | - | | | | | | 550.00 |
| Account No.<br><br>Ramada Franchise Systems, Inc.<br>P.O. Box 360113<br>Pittsburg, PA 15251-6113 | - | | | | | | 40,000.00 |
| Account No.<br><br>RGI Publications, Inc.<br>P.O. Box 338<br>Olathe, KS 66051-0338 | - | | | | | | 320.57 |
| Account No.<br><br>Saflok<br>1950 Austin Drive<br>Troy, MI 48083 | - | | | | | | 527.30 |
| Account No.<br><br>Sara Lee Coffee & Tea<br>P.O. Box 93354<br>Chicago, IL 60673-3354 | - | | | | | | 585.00 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **41,982.87**

In re **US Hotel Corporation**                                                              Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>SBC Ameritech<br>P.O. Box 5072<br>Saginaw, MI 48663-0003 | | - | | | | | 513.15 |
| Account No.<br><br>State Chemical Manufacturing Co.<br>3100 Hamilton Avenue<br>Cleveland, OH 44114 | | - | | | | | 616.32 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of                    Subtotal                 1,129.47
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

                                                                            Total                78,256.20
                                                              (Report on Summary of Schedules)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| US HOTEL CORPORATION ) | |
| ) | |
| FEIN 02-0621277 ) | Case No. |
| ) | |
| Debtor. ) | |

## LIST OF TWENTY LARGEST UNSECURED CREDITORS

NOW COMES US HOTEL CORPORATION, an Illinois corporation, ("Petitioner"), and hereby submits its list of twenty (20) largest unsecured creditors attached hereto and made a part hereof as Exhibit "A."

US HOTEL CORPORATION,
Petitioner

_____
Shaukat M. Sindhu, Director

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
(312) 663-0004
Fed. No. 03125591

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### Northern District of Illinois

In re    **US Hotel Corporation**
                                             ,
                    Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A. Barr Sales, Inc.<br>8130 W. 47th Street<br>Lyons, IL 60534 | A. Barr Sales, Inc.<br>8130 W. 47th Street<br>Lyons, IL 60534 | | | 660.00 |
| Alsco<br>2641 S. Leavitt<br>Chicago, IL 60608 | Alsco<br>2641 S. Leavitt<br>Chicago, IL 60608 | | | 369.51 |
| Clear Channel Airports<br>710 North Dearborn Street<br>Chicago, IL 60610 | Clear Channel Airports<br>710 North Dearborn Street<br>Chicago, IL 60610 | | | 7,200.00 |
| ComEd<br>Bill Payment Center<br>P.O. Box 805376<br>Chicago, IL 60680-5376 | ComEd<br>Bill Payment Center<br>P.O. Box 805376<br>Chicago, IL 60680-5376 | | | 18,222.26 |
| Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | | | 1,096.33 |

In re **US Hotel Corporation** , Case No. _____
                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Farmer Brothers Co.<br>31 W. 280 Diehl Road<br>Unit 103<br>Naperville, IL 60563 | Farmer Brothers Co.<br>31 W. 280 Diehl Road<br>Unit 103<br>Naperville, IL 60563 | | | 430.24 |
| I.D.E.S.<br>Chicago Region - Revnue<br>527 S. Wells<br>Chicago, IL 60607-3922 | I.D.E.S.<br>Chicago Region - Revnue<br>527 S. Wells<br>Chicago, IL 60607-3922 | | | 4,493.61 |
| Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | | | 35,803.17 |
| Internal Revenue Service<br>Kansas City, MO 64999 | Internal Revenue Service<br>Kansas City, MO 64999 | | | 150,000.00 |
| Lato Supply Corporation<br>P.O. Box 14830<br>Phoenix, AZ 85063 | Lato Supply Corporation<br>P.O. Box 14830<br>Phoenix, AZ 85063 | | | 2,914.82 |
| MPower Communications<br>P.O. Box 36430<br>Las Vegas, NV 89133-6430 | MPower Communications<br>P.O. Box 36430<br>Las Vegas, NV 89133-6430 | | | 1,362.63 |

In re   **US Hotel Corporation**                           ,   Case No. _____
                              Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NSI Signs, Inc. 960 Sivert Drive Unit F Wood Dale, IL 60191 | NSI Signs, Inc. 960 Sivert Drive Unit F Wood Dale, IL 60191 | | | 550.00 |
| Nextel Communications P.O. Box 4181 Carol Stream, IL 60197-4181 | Nextel Communications P.O. Box 4181 Carol Stream, IL 60197-4181 | | | 363.07 |
| Nicor Gas P.O. Box 310 Aurora, IL 60507-0310 | Nicor Gas P.O. Box 310 Aurora, IL 60507-0310 | | | 1,696.16 |
| RGI Publications, Inc. P.O. Box 338 Olathe, KS 66051-0338 | RGI Publications, Inc. P.O. Box 338 Olathe, KS 66051-0338 | | | 320.57 |
| Ramada Franchise Systems, Inc. P.O. Box 360113 Pittsburg, PA 15251-6113 | Ramada Franchise Systems, Inc. P.O. Box 360113 Pittsburg, PA 15251-6113 | | | 40,000.00 |
| SBC Ameritech P.O. Box 5072 Saginaw, MI 48663-0003 | SBC Ameritech P.O. Box 5072 Saginaw, MI 48663-0003 | | | 513.15 |

In re    **US Hotel Corporation**_____,    Case No._____
                              Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Saflok<br>1950 Austin Drive<br>Troy, MI 48083 | Saflok<br>1950 Austin Drive<br>Troy, MI 48083 | | | 527.30 |
| Sara Lee Coffee & Tea<br>P.O. Box 93354<br>Chicago, IL 60673-3354 | Sara Lee Coffee & Tea<br>P.O. Box 93354<br>Chicago, IL 60673-3354 | | | 585.00 |
| State Chemical Manufacturing Co.<br>3100 Hamilton Avenue<br>Cleveland, OH 44114 | State Chemical Manufacturing Co.<br>3100 Hamilton Avenue<br>Cleveland, OH 44114 | | | 616.32 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date___**February 14, 2005**_____    Signature_____
                                                    **Shaukat M. Sindhu**
                                                    **Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| US HOTEL CORPORATION ) | |
| ) | |
| FEIN 02-0621277 ) | Case No. |
| ) | |
| Debtor. ) | |

## LIST OF EQUITY SECURITY HOLDER

NOW COMES Debtor, US HOTEL CORPORATION ("Petitioner"), and respectfully represents as follows:

That Petitioner is a corporate Debtor with business-related debts. The equity security holder of Petitioner is as follows, being the shareholder of Petitioner.

| Shareholder | Percentages |
|---|---|
| Ashiq Ali Sindhu | 100% |

US HOTEL CORPORATION
Petitioner

_____
Shaukat M. Sindhu, Director

Ariel Weissberg, Esq.
Weissberg & Associates, Ltd.
401 South La Salle--Suite 403
Chicago, IL 60605
(312) 663-0004
Fed. No. 03125591

# RESOLUTION OF THE SOLE DIRECTOR OF
# US HOTEL CORPORATION

On this \_\_\_14th\_\_\_ day of February, 2005 the sole director of US Hotel Corporation (the "Corporation"), met at 200 E. Rand Road, Mt. Prospect, Illinois, and resolved as follows:

**WHEREAS**: It is in the best interest of the Corporation to seek reorganization pursuant to the Bankruptcy Code since the Corporation is financially distressed;

**NOW THEREFORE**: It is resolved as follows:

**RESOLVED**: The Corporation be and is hereby authorized and directed to file a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, to initiate a Chapter 11 bankruptcy case;

**RESOLVED**: The officer of the Corporation be and is hereby authorized and directed to executed such documents as are reasonably necessary to effectuate the foregoing.

## BEING THE SOLE DIRECTOR OF THE CORPORATION

_____
Shaukat Sindhu