IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| US HOTEL CORPORATION ) | |
| ) | Case No. 05-B-04783 |
| Debtor. ) | |
| ) | Honorable Judge Carol Doyle |
| ) | Hearing Date: February 23, 2005 |
| ) | Hearing Time: 10:30 a.m. |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

On February 23, 2005, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Carol Doyle in Courtroom 742, S. Dearborn Street, Chicago, Illinois and then and there present the enclosed **EMERGENCY MOTION OF INTERIM AND FINAL USE OF CASH COLLATERAL** a copy of which is served on you.

US HOTEL CORPORATION,
Debtor

By: _____
One of its attorneys

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
(312)663-0004
Fed. Court No. 03125591

1

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, certify that on February 18, 2005, we served **EMERGENCY MOTION OF INTERIM AND FINAL USE OF CASH COLLATERAL**, to the parties on the attached service list by facsimile and first-class mail.

_____
Ariel Weissberg

## SERVICE LIST

James D. Newbold, Esq.
Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
**FAX: 312-814-3589**

Joshua S. Hyman, Esq.
Chuhak & Tecson, P.C.
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7413
**FAX: 312-441-9027**

Mr. Muhammed N. Sindhu
1803 Continental Avenue
Suite 307
Naperville, IL 60563
**VIA REGULAR MAIL**

Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447
**FAX: 312-814-3055**

D. Patrick Mullarkey, Esq.
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
**VIA NEXT DAY MAIL**

Adam S. Fayne, Esq.
Attorney and Special Assistant U.S. Attorney
Office of Chief Counsel
Internal Revenue Services
200 W. Adams, Suite 2300
Chicago, IL 60606
**FAX: 312-886-9244**

A. Barr Sales, Inc.
8130 W. 47th Street
Lyons, IL 60534
**FAX: 708-447-9353**

A.S. Hospitality
P.O. Box 240488
Memphis, TN 38124-0488
**FAX: 901-367-4412**

Alsco
2641 S. Leavitt
Chicago, IL 60608
**FAX: 773-579-1325**

Clear Channel Airports
710 North Dearborn Street
Chicago, IL 60610
**FAX: 312-642-7378**

ComEd
Bill Payment Center
P.O. Box 805376
Chicago, IL 60680-5376
**FAX: 630-684-2710**

Darling International, Inc.
3000 W. Wireton Road
Blue Island, IL 60406
**FAX: 708-388-4259**

Dependable Fire Equipment, Inc.
60 LaBaron Street
Waukegan, IL 60085-3025
**FAX: 847-662-8420**

Ecolab
P.O. Box 70343
Chicago, IL 60673-0343
**FAX: 847-350-2657**

Farmer Brothers Co.
31 W. 280 Diehl Road
Unit 103
Naperville, IL 60563
**FAX: 630-305-3112**

Groot Recycling & Waste Services, Inc.
2500 Landmeier Road
Elk Grove Village, IL 60007
**FAX: 847-734-6389**

I.D.E.S.
Chicago Region - Revenue
527 S. Wells
Chicago, IL 60607-3922
**VIA HAND DELIVERY**

Internal Revenue Service
Odgen, UT 84201
ATTN: Collection Dept.
**VIA CERTIFIED MAIL**

Lato Supply Corporation
P.O. Box 14830
Phoenix, AZ 85063
**FAX: 602-269-5892**

MPower Communications
P.O. Box 36430
Las Vegas, NV 89133-6430
ATTN: Legal Dept.
**FAX: 702-310-7720**

Nextel Communications
P.O. Box 4181
Carol Stream, IL 60197-4181
**FAX: 254-295-8996**

Nicor Gas
1844 Ferry Road
Naperville, IL 60563
**FAX: 630-983-8174**

NSI Signs, Inc.
960 Sivert Drive
Unit F
Wood Dale, IL 60191
**FAX: 630-350-2233**

Ramada Franchise Systems, Inc.
P.O. Box 360113
Pittsburg, PA 15251-6113
**FAX: 973-496-3745**

RGI Publications, Inc.
P.O. Box 338
Olathe, KS 66051-0338
**FAX: 913-829-7577**

Saflok
1950 Austin Drive
Troy, MI 48083
**FAX: 248-680-8468**

Sara Lee Coffee & Tea
P.O. Box 93354
Chicago, IL 60673-3354
**FAX: 914-670-3504**

SBC Ameritech
P.O. Box 5072
Saginaw, MI 48663-0003
**FAX: 866-826-0132**

State Chemical Manufacturing Co.
3100 Hamilton Avenue
Cleveland, OH 44114
**FAX: 888-771-9670**

| | | DURATION | PAGE(S) | RESULT | |
|---|---|---|---|---|---|
| | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| US HOTEL CORPORATION )<br>)<br>Debtor. )<br>)<br>)<br>)<br>) | Case No. 05-B-04783<br><br>Honorable Judge Carol Doyle<br>Hearing Date: February 23, 2005<br>Hearing Time: 10:30 a.m. |

### EMERGENCY MOTION FOR INTERIM AND
### FINAL USE OF CASH COLLATERAL

NOW COMES US Hotel Corporation ("USHC"), the debtor, and for its Emergency Motion for Interim and Final Use of Cash Collateral, states as follows:

1. On February 14, 2005, USHC filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, seeking to reorganize under Chapter 11 of the Bankruptcy Code ("Code). Since that date, USHC has remained in possession of its assets and is operating its business as a debtor-in-possession.

2. (a) USHC was incorporated in the State of Illinois on June 12, 2002. USHC operates a 150-room, newly-renovated hotel known as Ramada Hotel (the "Hotel"), 200 E. Rand Road, Mount Prospect, Illinois 60056 (the "Real Property").

(b) The franchisor of the Hotel is Ramada Franchise Systems, Inc.

(c) USHC has approximately 35 employees.

(d) The owner of the Real Property is Republic Bank of Chicago, as Trustee under Trust Agreement date December 20, 1991 and known as Trust No. 1269. The owner of

the beneficial interest in this land trust is Chaudhry Ashiq Ali Sindhu.

(e)   USHC is the lessee of the Real Property and the operator of the Hotel. USHC's assets consist of this lease, USHC's cash and office equipment. USHC is principally a cash business.

(f) Appended hereto as Exhibit "A" is the U.S. Hotel Corp Mal Ramada Mt. Prospect Pro-Forma setting forth the revenues and expenses for February, 2005 and the projected revenue and expenses for the Hotel for the months of March, April and May, 2005. It reflects, among other things, the revenue, average daily room rate and sums paid for certain expenses.

3.   Banco Popular North America ("Banco") is asserting a valid, perfected, senior mortgage in the Property and an Assignment of Rents pursuant to the terms of certain loan agreements, including a Secured Promissory Note in favor of Banco in the principal amount of $7,000,000.00, and a Mortgage and an Assignment of Lease and Rents recorded with the Cook County Recorder of Deeds.

4.   As of the filing of the petition, USHC owed Banco approximately $7,000,000.00.

5.   USHC requires the use of its cash and proceeds of its accounts receivable to operate and to pay its ordinary and necessary expenses, including but not limited to payroll, the urchase of food and beverage inventory and utility costs. USHC stipulates that Banco is entitled to certain protections for the use of this cash collateral, including but not limited to the following:

A. Monthly adequate protection payments in the amount of $20,000.00 which shall be applied to the outstanding interest, principal and expenses due to Banco;

B. A replacement lien in all of the personal property of USHC;

C. The right to inspect the Hotel, the Real Property and the tangible personal property of USHC upon 24 hours prior oral notice; and

D. An administrative priority claim in accordance with Section 507(b) of the Bankruptcy Code to the extent that "adequate protection" provided to Banco pursuant to this Motion proves inadequate to protect Banco's interest in the cash collateral.

6. The foregoing adequate protection is sufficient to protect the interests of Banco and satisfies the requirements of Sections 361 and 363 of the Bankruptcy Code, among other reasons, as follows:

A. The Hotel has a value of $12,000,000.00. In addition to Banco's $7,000,000.00 first mortgage indebtedness, there is a second mortgage indebtedness in the amount of approximately $2,000,000.00 due to Muhammed N. Sindhu. As such, there is a substantial "equity cushion" available to the Banco. The value of the Hotel and the Real Property is

not decreasing. Rather, the value of the Real Property and the Hotel will increase as the revenues of the Hotel increase, which is presently the case.

B. As of February 2005, USHC is operating profitably. USHC projects that its expenses will not increase. In fact, USHC is working to further reduce its expenses.

C. The expenses of USHC for which it is seeking the use of cash collateral are reasonable and necessary. These monthly expenses equal $104,323.75 and are as set forth in Exhibit "B," attached hereto and made a part hereof.

7. Presently, USHC has no other source of funds to pay its operating expenses. USHC would be severely prejudiced if it could not use its cash collateral. In light of the foregoing, this court should grant USHC the interim and final use of its cash collateral.

8. This court has jurisdiction over this case pursuant to 28 U.S.C. Section 1334(a) and this is a "core matter" pursuant to 28 U.S.C. Section 157(b)(2)(M).

9. USHC provided notice of this Emergency Motion to its twenty largest unsecured creditors, pursuant to FRBP 4001(b)(1).

WHEREFORE, US Hotel Corporation, debtor, prays that this court enter an order allowing US Hotel Corporation the interim use of its cash collateral subject to a final hearing; that this court allow US Hotel Corporation to provide Banco the "adequate protection" provided in paragraph 5 above; that this court set a final hearing for US Hotel Corporation's use of cash collateral; and for such other and further relief as is just and proper.

US HOTEL CORPORATION;

By: _____
One of its attorneys

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605 (312)663-0004
Fed. Court No. 03125591

**BUDGET FOR FEBRUARY 2005**

|  | Feb-05 |
|---|---|
| # ROOMS | 150 |
| OCC% | 39% |
| AVG RATE | $49.75 |

**REVENUES**

| | | |
|---|---|---:|
| ROOMS | $ | 81,490.50 |
| FOOD | $ | 20,372.63 |
| TELEPHONE | $ | 2,444.72 |
| OTHER INC | $ | 814.91 |
| **TOTAL REVENUE** | **$** | **105,122.75** |

**DEPARTMENT EXPENSES**

| | | |
|---|---|---:|
| PAYROLL FRONT DESK | $ | 9,371.41 |
| PAYROLL DRIVERS | $ | 6,682.22 |
| PAYROLL HOUSKEEPING | $ | 7,334.15 |
| PAYROLL FOOD & BEVERAGE | $ | 7,130.42 |
| PAYROLL SUPERVISORS | $ | 6,307.36 |
| CLEANING SUPPLIES | $ | 1,944.77 |
| GUEST SUPPLIES | $ | 2,037.26 |
| FOOD COST | $ | 8,556.50 |
| LINEN COST | $ | 511.35 |
| AIRPORT COMMISSIONS | $ | 1,629.81 |
| CHINA, GLASS, SILVER | $ | 1,314.03 |
| POSTAGE & DELIVERY | $ | 300.00 |
| BANK CHARGES | $ | 150.00 |
| LEGAL FEES | $ | 3,000.00 |
| LICENCES & PERMITS | $ | 250.00 |
| AUTO REPAIRS | $ | 1,250.00 |
| SMALL TOOLS & EQUIPMENT | $ | 150.00 |
| ELEVATOR MAINTENANCE | $ | 250.00 |
| MAINTENANCE SUPPLIES | $ | 1,250.00 |
| WASTE REMOVAL | $ | 300.00 |
| ACCOUNTING FEES | $ | 500.00 |
| CREDIT CARD FEES | $ | 1,314.03 |
| MILAGE TRAVEL | $ | 800.00 |
| CABLE COST | $ | 400.00 |
| SALES & MARKETING PAYROLL | $ | 3,500.00 |
| FRANCHISE FEE | $ | 6,111.79 |
| ADMINISTRATIVE & GENERAL | $ | 2,628.07 |
| PUBLIC RELATIONS | $ | 1,200.00 |
| UTILITIES | $ | 7,358.59 |
| VAN LEASE + GAS/OIL | $ | 6,250.00 |
| MISC. ROOMS AND COST | $ | 2,444.72 |
| MISC. FOOD COST | $ | 1,018.63 |
| MISC. REPAIRS | $ | 1,282.50 |
| TELEPHONE COST | $ | 1,466.83 |
| INSURANCE | $ | 4,540.00 |
| AIRPORT BOARD | $ | 1,629.81 |
| FOOD & BEVERAGE | $ | 1,059.38 |
| TELEPHONE | $ | 1,100.12 |
| **DEPARTMENT EXPENSES** | **$** | **104,323.75** |
| **NET INCOME B-4 DEBT** | **$** | **798.99** |


EXHIBIT A

## U.S. Hotel Corp dba/ RAMADA MT. PROSPECT PRO-FORMA

|  | Feb-05 | Mar-05 | Apr-05 | May-05 |
|---|---:|---:|---:|---:|
| # ROOMS | 150 | 150 | 150 | 150 |
| OCC% | 39% | 46% | 58% | 62% |
| AVG RATE | $49.75 | $54.38 | $58.70 | $61.80 |
| **REVENUES** | | | | |
| ROOMS | $ 81,490.50 | $ 116,318.82 | $ 153,207.00 | $ 172,422.00 |
| FOOD | $ 20,372.63 | $ 17,447.82 | $ 22,981.05 | $ 25,863.30 |
| TELEPHONE | $ 2,444.72 | $ 3,489.56 | $ 4,596.21 | $ 5,172.66 |
| OTHER INC | $ 814.91 | $ 1,163.19 | $ 1,532.07 | $ 1,724.22 |
| TOTAL REVENUE | $ 105,122.75 | $ 138,419.40 | $ 182,316.33 | $ 205,182.18 |
| **DEPARTMENT EXPENSES** | | | | |
| PAYROLL FRONT DESK | $ 9,371.41 | $ 12,213.48 | $ 12,256.56 | $ 12,931.65 |
| PAYROLL DRIVERS | $ 6,682.22 | $ 8,374.96 | $ 9,192.42 | $ 9,483.21 |
| PAYROLL HOUSKEEPING | $ 7,334.15 | $ 8,142.32 | $ 9,805.25 | $ 10,345.32 |
| PAYROLL FOOD & BEVERAGE | $ 7,130.42 | $ 6,106.74 | $ 7,353.94 | $ 7,758.99 |
| PAYROLL SUPERVISORS | $ 6,307.36 | $ 8,305.16 | $ 10,938.98 | $ 12,310.93 |
| CLEANING SUPPLIES | $ 1,944.77 | $ 2,560.76 | $ 3,372.85 | $ 3,795.87 |
| GUEST SUPPLIES | $ 2,037.26 | $ 2,907.97 | $ 3,830.18 | $ 4,310.55 |
| FOOD COST | $ 8,556.50 | $ 7,328.09 | $ 9,652.04 | $ 10,862.59 |
| LINEN COST | $ 511.35 | $ 437.94 | $ 576.82 | $ 649.17 |
| AIRPORT COMMISSIONS | $ 1,629.81 | $ 2,326.38 | $ 3,064.14 | $ 3,448.44 |
| CHINA, GLASS, SILVER | $ 1,314.03 | $ 1,730.24 | $ 2,278.95 | $ 2,564.78 |
| POSTAGE & DELIVERY | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| BANK CHARGES | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| LEGAL FEES | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| LICENCES & PERMITS | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| AUTO REPAIRS | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 |
| SMALL TOOLS & EQUIPMENT | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| ELIVATOR MAIANENANCE | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| MAINTENANCE SUPPLIES | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 |
| WASTE REMOVAL | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| ACCOUNTING FEES | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| CREDIT CARD FEES | $ 1,314.03 | $ 1,730.24 | $ 2,278.95 | $ 2,564.78 |
| MILAGE TRAVEL | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| CABLE COST | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| SALES & MARKETING PAYROLL | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |



EXHIBIT B

| | | | | |
|---|---:|---:|---:|---:|
| FRANCHISE FEE | $ 6,111.79 | $ 8,723.91 | $ 11,490.53 | $ 12,931.65 |
| ADMINISTRATIVE & GENERAL | $ 2,628.07 | $ 3,460.48 | $ 4,557.91 | $ 5,129.55 |
| PUBLIC RELATIONS | $ 1,200.00 | $ 1,201.00 | $ 1,202.00 | $ 1,203.00 |
| UTILITIES | $ 7,358.59 | $ 9,689.36 | $ 10,938.98 | $ 11,285.02 |
| VAN LEASE + GAS/OIL | $ 6,250.00 | $ 6,850.00 | $ 6,920.00 | $ 7,250.00 |
| MISLENIOUS ROOMS COST | $ 2,444.72 | $ 3,489.56 | $ 4,596.21 | $ 5,172.66 |
| MISSLENIOUS FOOD COST | $ 1,018.63 | $ 872.39 | $ 1,149.05 | $ 1,293.17 |
| MISSESSILIONUS REPAIRS | $ 1,282.50 | $ 1,688.72 | $ 2,224.26 | $ 2,503.22 |
| TELEPHONE COST | $ 1,466.83 | $ 2,093.74 | $ 2,757.73 | $ 3,103.60 |
| INSURANCE | $ 4,540.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 |
| AIRPORT BOARD | $ 1,629.81 | $ 2,326.38 | $ 3,064.14 | $ 3,448.44 |
| FOODD & BEVERAGE | $ 1,059.38 | $ 1,512.14 | $ 1,991.69 | $ 2,241.49 |
| TELEPHONE | $ 1,100.12 | $ 1,570.30 | $ 2,068.29 | $ 2,327.70 |
| **DEPARTMENT EXPENSES** | $ 104,323.75 | $ 121,942.26 | $ 143,861.87 | $ 155,215.76 |
| **NET INCOME B-4 DEBT** | $ 798.99 | $ 16,477.14 | $ 38,454.46 | $ 49,966.42 |