# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable: Carol Doyle

Hearing Date: 8/23/05

Bankruptcy Case No.: 05 B 04783

Adversary No.:

Title of Case: U.S. Hotel Corp.

Brief Statement of Motion: ~~Motion to Vacate Order of Civil Contempt~~

Names and Addresses of moving counsel:
David J. Schwab
Richards, Ralph & Schwab, Ltd.
175 E. Hawthorn Pkwy
Vernon Hills, IL 60061

Representing:

ORDER FIXING DEADLINE FOR FILING ~~REPORTS~~ FINAL REPORT AND ACCOUNT

Thankut Sindhu shall file a final report and account pursuant to Bankruptcy Rule 1019(5) and this courts May 17, 2005 order by September 6, 2005 and this matter is set for further status on September 13, 2005 at 2:00 p.m.

Carol A. Doyle