IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: US HOTEL CORPORATION          CASE NO. 05 B 04783

**FINAL** SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending     MAY 17          , 20 05

BEGINNING BALANCE IN ALL ACCOUNTS          $ 17,633.84

RECEIPTS:
    1. Receipts from operations          $ SEE ATTACHED
    2. Other Receipts          $ _____

DISBURSEMENTS:
    3. Net payroll:
      a. Officers          $ _____
      b. Others          $ SEE ATTACHED

    4. Taxes
      a. Federal Income Taxes          $ _____
      b. FICA withholdings          $ _____
      c. Employee's withholdings          $ _____
      d. Employer's FICA          $ _____
      e. Federal Unemployment Taxes          $ _____
      f. State Income Tax          $ _____
      g. State Employee withholdings          $ _____
      h. All other state taxes          $ _____

    5. Necessary expenses:
      a. Rent or mortgage payments(s)          $ SEE ATTACHED SCHEDULE
      b. Utilities          $ _____
      c. Insurance          $ _____
      d. Merchandise bought for
        manufacture or sale          $ _____
      e. Other necessary expenses
        (specify)
        SEE ATTACHED SCHEDULE          $ _____

        _____          $ _____

TOTAL DISBURSEMENTS          $ _____

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD          $ SEE ATTACHED A/R LISTING

ENDING BALANCE IN Village Bank and Trust          $ 18,503.71
    (Name of Bank) Acct 0010022311 open by
ENDING BALANCE IN _____ Trustee          $ _____
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $18,503.71

OPERATING REPORT  Page 1

EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  US HOTEL CORPORATION          CASE NO.:  05 B 04783

RECEIPTS LISTING

FOR MONTH ENDING _____MAY 17_____ , 20 05

Bank: _____

Location: _____

Account Name:_____

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| UNKNOWN | | |
| BANK STATEMENT FOR PERIOD MAY 1-17, 2005 HAS BEEN REQUESTED | | |

TOTAL:_____

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **US HOTEL CORPORATION**          CASE NO.: _05 B 04783_____

DISBURSEMENT LISTING

FOR MONTH ENDING _____**MAY 17**_____, 20**05**__

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

DATE DISBURSED          CHECK NO.          DESCRIPTION          AMOUNT

**UNKNOWN**

**BANK STATEMENT FOR PERIOD MAY 1-17, 2005 HAS BEEN REQUESTED**

TOTAL: _____

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: US HOTEL CORPORATION        CASE NO.:  05 B 04783

FOR MONTH ENDING  MAY 17                , 2005

STATEMENT OF INVENTORY

    Beginning inventory                         $_____

    Add: purchases                              $_____

    Less: goods sold                            $_____
       (cost basis)

    Ending inventory                            $_____

HOTEL FURNITURE

PAYROLL INFORMATION STATEMENT

Gross payroll for this period                   $ SEE ATTACHED

Payroll taxes due but unpaid                    $ SEE ATTACHED

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| BANCO POPULAR | 1st | 70,000.00 | 4-6 | |

\* Include only post-petition payments.

OPERATING REPORT  Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: US HOTEL CORPORATION          CASE NO.: 05 B 04783

FOR MONTH ENDING _____ MAY 17 _____, 20 05

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance          $ _____

Add:   sales on account          $ _____

Less: collections          $ _____

End of month balance          $ 74,871.50

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 30,284.05 | $9709.58 | $ 5743.85 | $29,134.02 | $ 74871.50 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance          $ SEE ATTACHED SCHEDULE

Add: credit extended          $ _____

Less: payments of account          $ _____

End of month balance          $ SEE ATTACHED SCHEDULE

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|-----------|------------|------------|--------------|---------------------|
| $_____ | $_____ | $_____ | $_____ | $_____ |

### ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  ___USI HOTEL CORPORATION___      CASE NO.: _05 B 04783_____

FOR MONTH ENDING _____MAY 17_____, 20_05_

### TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis.  Please indicate whether the following post petition taxes or withholdings have been paid currently.

1.  Federal Income Taxes          Yes ( )          No (X)

2.  FICA withholdings             Yes ( )          No (X)

3.  Employee's withholdings       Yes ( )          No (X)

4.  Employer's FICA               Yes ( )          No (X)

5.  Federal Unemployment Taxes  Yes ( )          No (X)

6.  State Income Tax              Yes ( )          No (X)

7.  State Employee withholdings   Yes ( )          No (X)

8.  All other state taxes         Yes ( )          No (X)

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

UNKNOWN

OPERATING REPORT  Page 6

| Form 6123<br>(Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>**Verification of Fiduciary's Federal Tax Deposit** |
|---|---|

| **Do not attach this Notice to your Return** ||
|---|---|
| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer |
| | Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1<br><br>Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**<br><br>for the payroll period from _____ to _____<br><br>Payroll date                   _____<br><br>Gross wages paid to employees        $_____<br><br>Income tax withheld            $_____<br><br>Social Security (Employer's plus Employee's<br><br>share of Social Security Tax)        $_____<br><br>Tax Deposited              $_____<br><br>Date Deposited              _____ |
|---|---|
| Section 2<br><br>Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information**<br><br>for the payroll period from _____ to _____<br><br>Gross wages paid to employees        $_____<br><br>Tax Deposited              $_____<br><br>Date Deposited              _____ |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☐ Electronic Federal Tax Payment System (EFTPS) Deposit | | |
|---|---|---|---|
| Amount (Form 941 Taxes | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: | |
| Amount (Form 940 Taxes | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: | |
| Depositor's Employer Identification Number: | | Name and Address of Bank | |
| Under penalties of perjury, I certify that the above federal tax deposit information is true and correct | | | |
| Signed: | Date: | | |
| Name and Title (print or type) | | | |

Cat. #43099Z                                          Form **6123** (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, __SHAUKAT SINDHU_____, acting as the duly authorized agent for the

Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that

I have read and I certify that the figures, statements, disbursement itemizations, and account balances as

listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of

my knowledge, information and belief.

_____, AGENT
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration: **SHAUKAT SINDHU, AGENT**

_____

_____

DATED:_____

OPERATING REPORT  Page 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **US HOTEL CORPORATION**          CASE NO.: __05 B 04783__

Office of the U.S. Trustee
227 W. Monroe Street; Suite 3350
Chicago, IL   60606

Debtor:
**US HOTEL CORPORATION**_____          Notice Date:      _____

_____          Account Number: _____

_____          Amount Due:       _____

**NOTICE OF UNPAID FEES AND IMPENDING COLLECTION ACTIONS**

According to the accounts receivable records, you owe the above amount to the United States Trustee in unpaid quarterly fee charges.  If you do not pay this debt or take other action described below before _____, the United States Trustee will submit your debt to the U.S. Department of Treasury for further collection.  Interest, penalties, and other charges for costs may be added to the amount you owe. Payment must be sent to the above address.

Once your debt is sent to the Department of Treasury, Treasury will take all authorized collection actions, including reporting the debt to credit reporting agencies and engaging private collection agencies as necessary.  The debt will also be submitted to the Treasury Offset Program which means the debt will be deducted from eligible payments that are owed to you by the federal government, including but not limited to tax refunds.  The Treasury Offset Program is authorized by the Debt Collection Act of 1982 and the Debt Collection Improvement Act of 1996.  <u>You may not receive another notice before your payment is offset</u>.

Before we submit your debt to the Treasury Offset Program, we are required to tell you the following: (1) you may inspect and copy our records related to your debt; (2) you may request a review of our determination that you owe this debt; and (3) you may enter into a written repayment agreement if it is acceptable to the United States Trustee.  If you are interested in  these options, please send a written request to the above address.

If you make or provide any knowingly false or frivolous statements, representations, or evidence, you may be liable for penalties under the False Claims Act (31 U.S.C. §§ 286, 287, 1001, and 1002), or other applicable statutes.

If you have any questions about this letter or your rights, you should immediately contact your local field office at the above address.

EXHIBIT "C"

17.8Cs16.6HI2EBusiness: MAY 31          City Ledger Ageing Report - EOM Summary
/05 00:25

                                              RAMADA INN CHI NORTH
                                             Balances as of: MAY 31 05

                                                                                        Page:  1

| C/L Account Name | C/L Acct# | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|
| AIR INDIA MAY 2005 | L01317 | 22524.31 | | | | 22524.31 |
| AMERICAN AIRLINE DECEMBER 03 | L01106 | | | | 23.07 | 23.07 |
| AMERICAN AIRLINE FEBRUARY | L00978 | | | | 756.89 | 756.89 |
| AMERICAN AIRLINE JANUARY 03 | L00915 | | | | 1132.52 | 1132.52 |
| AMERICAN AIRLINE MARCH | L00993 | | | | 75.21 | 75.21 |
| AMERICAN AIRLINES DECEMBER 02 | L00959 | | | | 4019.24 | 4019.24 |
| AMERICAN AIRLINES NOVEMBER | L00934 | | | | 912.10 | 912.10 |
| CORPORATE LODGING 2004 | L01196 | | | | 75.21 | 75.21 |
| CORPORATE LODGING DECEMBER2004 | L01257 | | | | 300.84 | 300.84 |
| CORPORATE LODGING FEBRUARY 05 | L01283 | | | | 451.26 | 451.26 |
| CORPORATED LODGING MARCH2005 | L01296 | | 150.42 | 150.42 | | 300.84 |
| EXPEDIA INC. APRIL 2005 | L01309 | 64.31 | 815.32 | | | 879.63 |
| EXPEDIA INC. DECEMBER 2004 | L01258 | | | | 500.31 | 500.31 |
| EXPEDIA INC. MARCH 2005 | L01297 | | | 643.10 | | 643.10 |
| EXPEDIA INC. MAY 2005 | L01321 | 2190.90 | | | | 2190.90 |
| EXPEDIA INC. NOV2004 | L01252 | | | | 321.55 | 321.55 |
| HOTELS RESERV. NETW APRIL2005 | L01310 | 343.35 | 1455.15 | | | 1798.50 |
| HOTELS RESERV. NETW DECEM.2004 | L01259 | | | | 147.15 | 147.15 |
| HOTELS RESERV. NETW NOV2004 | L01254 | | | | 294.30 | 294.30 |
| HOTELS RESERV. NETW OCTOBER 04 | L01237 | | | | 343.35 | 343.35 |
| HOTELS RESERV. NETW. MAY2005 | L01322 | 554.81 | | | | 554.81 |
| INTERNATIONAL HOLIDAYS APR2005 | L01311 | | 2671.59 | | | 2671.59 |

Business: MAY 31

City Ledger Ageing Report - EOM Summary
RAMADA INN CHI NORTH
Balances as of: MAY 31 05

06/01/05 00:25
Page: 2

| C/L Account Name | C/L Acct# | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|
| INTERNATIONAL HOLIDAYS DEC2004 | L01260 | | | | 234.35 | 234.35 |
| INTERNATIONAL HOLIDAYS FEB2005 | L01286 | | 328.09 | 46.87 | 46.87 | 421.83 |
| INTERNATIONAL HOLIDAYS JAN2005 | L01275 | | | | 93.74 | 93.74 |
| INTERNATIONAL HOLIDAYS MAR2005 | L01299 | | 1124.88 | 1734.19 | 46.87 | 2905.94 |
| INTERNATIONAL HOLIDAYS MAY2005 | L01323 | 843.66 | | | | 843.66 |
| INTERNATIONAL HOLIDAYS NOV2004 | L01253 | | | | 515.57 | 515.57 |
| KUWAIT AIRLINES APRIL 2005 | L01312 | 383.92 | 2145.53 | | | 2529.45 |
| KUWAIT AIRLINES DECEMBER 2004 | L01261 | | | | 1389.15 | 1389.15 |
| KUWAIT AIRLINES FEBRUARY 2005 | L01287 | | | | 801.38 | 801.38 |
| KUWAIT AIRLINES JANUARY 2005 | L01276 | | | | 93.61 | 93.61 |
| KUWAIT AIRLINES JANUARY2004 | L01112 | | | | 108.61 | 108.61 |
| KUWAIT AIRLINES JULY 2004 | L01201 | | | | 209.72 | 209.72 |
| KUWAIT AIRLINES JUNE 2004 | L01187 | | | | 93.61 | 93.61 |
| KUWAIT AIRLINES MARCH 2004 | L01142 | | | | 207.22 | 207.22 |
| KUWAIT AIRLINES MARCH 2005 | L01301 | | | 3104.13 | | 3104.13 |
| KUWAIT AIRLINES MAY 2004 | L01167 | 864.99 | | | 295.83 | 1160.82 |
| KUWAIT AIRLINES MAY 2005 | L01324 | 2145.53 | | | | 2145.53 |
| KUWAIT AIRWAYS APR 2004 | L01153 | | 1018.60 | | 179.72 | 1198.32 |
| KUWAIT AIRWAYS SEPTEMBER 03 | L01060 | | | | 987.49 | 987.49 |
| MARK TENDLER | L01159 | | | | 3633.31 | 3633.31 |
| PAKISTAN INTERNATIONAL JAN2005 | L01277 | | | | 298.65 | 298.65 |
| PAKISTANIAN INTER FEB2005 | L01289 | | | | 2459.40 | 2459.40 |

Business: MAY 31

City Ledger Ageing Report - EOM Summary
RAMADA INN CHI NORTH
Balances as of: MAY 31 05

06/01/05 00:25
Page: 3

| C/L Account Name | C/L Acct# | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|
| ROYAL JORDANIAN FEBRUARY 2005 | L01290 | | | | 65.14 | 65.14 |
| ROYAL JORDANIAN JANUARY 2005 | L01272 | | | | 100.28 | 100.28 |
| ROYAL JORDANIAN JUNE 2004 | L01192 | 115.37 | | | | 115.37 |
| ROYAL JORDANIAN MARCH 2005 | L01304 | | | 65.14 | | 65.14 |
| ROYAL JORDANIAN MAY 2005 | L01327 | 124.28 | | | | 124.28 |
| SPIRIT AIRLINES | L00888 | 128.62 | | | 192.93 | 321.55 |
| TSOUKALA/DIANA | L01176 | | | | 6300.00 | 6300.00 |
| UNITED AIRLINE APRIL | L00805 | | | | 451.05 | 451.05 |
| UNITED AIRLINES MARCH | L00784 | | | | 707.68 | 707.68 |
| UNITED AIRLINES OCTOBER | L00932 | | | | 348.04 | 348.04 |
| | Grand Total | 38284.05 | 9789.58 | 5743.85 | 29134.02 | 74871.50 |

** End of Report **

4/30/2005

ANA GODINEZ                                                                    **492.00

Four Hundred Ninety-Two and 00/100***************************************************************

ANA GODINEZ                              ANA Godinez
1826 Linden St.
Des Plaines, IL 60056

04/30/2005 - 05/13/2005 Pay Period

| | | 4/30/2005 | YTD |
|---|---|---|---|
| ANA GODINEZ | | | |
| 1826 Linden St. | hourly wage (82:00@$6.00) | 492.00 | 1,533.00 |
| Des Plaines, IL 60056 | | | |

Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                              492.00

| | | 4/30/2005 | YTD |
|---|---|---|---|
| ANA GODINEZ | | | |
| 1826 Linden St. | hourly wage (82:00@$6.00) | 492.00 | 1,533.00 |
| Des Plaines, IL 60056 | | | |

Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                              492.00

4/30/2005

RUBEN CEBALLOS                                                    **283.50

Two Hundred Eighty-Three and 50/100***********************************************************************

RUBEN CEBALLOS
230 W. Manchester
Wheeling, IL 60090

04/30/2005 - 05/13/2005 Pay Period

| | | 4/30/2005 | YTD |
|---|---|---|---|
| RUBEN CEBALLOS | | | |
| 230 W. Manchester | hourly wage (31:30@$9.00) | 283.50 | 2,567.25 |
| Wheeling, IL 60090 | Social Security Employee | 0.00 | -133.92 |
| | Medicare Employee | 0.00 | -31.32 |

Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                    283.50

| | | 4/30/2005 | YTD |
|---|---|---|---|
| RUBEN CEBALLOS | | | |
| 230 W. Manchester | hourly wage (31:30@$9.00) | 283.50 | 2,567.25 |
| Wheeling, IL 60090 | Social Security Employee | 0.00 | -133.92 |
| | Medicare Employee | 0.00 | -31.32 |

Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                    283.50

4/30/2005

**MARIAM RIVERA**                                                    **560.00

Five Hundred Sixty and 00/100**********************************************************************

MARIAM RIVERA
1080 Wheeling Road
Apt. 1A
Mt. Prospect, IL 60056

*Miriam R.*

04/30/2005 - 05/13/2005 Pay Period

*OT+ 112.80*

| | | 4/30/2005 | YTD |
|---|---|---|---|
| MARIAM RIVERA | | | |
| 1080 Wheeling Road | hourly wage (80:00@$7.00) | 560.00 | 5,691.00 |
| Apt. 1A | Social Security Employee | 0.00 | -144.52 |
| Mt. Prospect, IL 60056 | Medicare Employee | 0.00 | -33.80 |
| | IL - Withholding | 0.00 | -42.25 |

Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                              560.00

| | | 4/30/2005 | YTD |
|---|---|---|---|
| MARIAM RIVERA | | | |
| 1080 Wheeling Road | hourly wage (80:00@$7.00) | 560.00 | 5,691.00 |
| Apt. 1A | Social Security Employee | 0.00 | -144.52 |
| Mt. Prospect, IL 60056 | Medicare Employee | 0.00 | -33.80 |
| | IL - Withholding | 0.00 | -42.25 |

Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                              560.00

4/30/2005

MARIA ISABEL                                                                              **561.00

Five Hundred Sixty-One and 00/100*****************************************************************

MARIA ISABEL        *Maria Isabel*

04/30/2005 - 05/13/2005 Pay Period

| MARIA ISABEL | | 4/30/2005 | YTD |
|---|---|---|---|
| | hourly wage (93:30@$6.00) | 561.00 | 4,023.10 |
| | Social Security Employee | 0.00 | -88.91 |
| | Medicare Employee | 0.00 | -20.79 |
| Used / Available | IL - Withholding | 0.00 | -15.34 |
| Sick 0:00 / 0:00 | | | |
| Vac  0:00 / 0:00 | | | |

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                        561.00

| MARIA ISABEL | | 4/30/2005 | YTD |
|---|---|---|---|
| | hourly wage (93:30@$6.00) | 561.00 | 4,023.10 |
| | Social Security Employee | 0.00 | -88.91 |
| | Medicare Employee | 0.00 | -20.79 |
| Used / Available | IL - Withholding | 0.00 | -15.34 |
| Sick 0:00 / 0:00 | | | |
| Vac  0:00 / 0:00 | | | |

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                        561.00

4/30/2005

NEREYDA ORTIZ                                                    **522.00

Five Hundred Twenty-Two and 00/100****************************************************************

NEREYDA ORTIZ     Nereyda Ortiz

04/30/2005 - 05/13/2005 Pay Period

NEREYDA ORTIZ                                          4/30/2005        YTD
                        hourly wage (87:00@$6.00)      522.00      4,651.10
                        Social Security Employee        0.00        -89.84
                        Medicare Employee               0.00        -21.01
                        IL - Withholding                0.00        -15.79

    Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                     522.00

NEREYDA ORTIZ                                          4/30/2005        YTD
                        hourly wage (87:00@$6.00)      522.00      4,651.10
                        Social Security Employee        0.00        -89.84
                        Medicare Employee               0.00        -21.01
                        IL - Withholding                0.00        -15.79

    Used / Available
Sick 0:00 / 0:00
Vac  0:00 / 0:00

RAMADA INN MT. PROSPECT
RAMADA INN
200 East Rand Road
MT. Prospect, IL 60056

04/30/2005 - 05/13/2005 Pay Period                     522.00

US HOTEL CORPORATION
BANKRUPTCY CASE NO.: 05-04783
SCHEDULE OF DEBT

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| SBC P.O. Box 5072 Saginaw, MI  48605 | | | | | | |
| SBC Acct# 847797560863O4 | 12/25/04 | 99.79 | UNK | | | |
| SBC Acct# 847398-2550 028 3 | 2/10/05 | 86.35 | UNK | | | |
| SBC Acct# 847797560863O4 | 2/25/05 | .69 | UNK | | | |
| SBC Acct# 847398-2550 028 3 | 03/10/05 | 174.04 | Y | 03/31/05 | 1091 | 174.04 |
| SBC Acct# 847Z97-57333332 | 3/16/05 | 217.98 | UNK | | | |
| SBC (Alarm System) Acct# 708R063773036 | 03/16/05 | 105.69 | Y | 03/31/05 | 1092 | 105.69 |
| | | | | | | |
| Village of Mount Prospect 1700 W. Central Road Mt. Prospect, IL  60056 | | | | | | |
| Village of Mount Prospect (Water Service) Acct# 908402 | 03/24/05 | 8646.47 | Y | 03/31/05 | 1093 | 8646.47 |
| Village of Mount Prospect (Food & Beverage Tax) | 12/2004 | UNK | UNK | | | |
| | | | | | | |
| Mpower Communications P.O. Box 36430 Las Vegas, NV  89133-6430 888-777-5802 | | | | | | |
| Mpower Communications Acct# 237534 Only partial bill available | 01/22/02 | Various | | | | |
| Mpower Communications Acct# 237534 | 2/12/05 | 738.81 | Y | 2/15/05 | 0987 | 738.81 |
| Mpower Communications Acct# 237534 | 03/22/05 | 402.91 | Y | 03/31/05 | 1094 | 402.91 |
| Mpower Communications Acct# 372814 | 03/22/05 | 213.69 | Y | 03/31/05 | 1095 | 213.69 |
| | | | | | | |
| PAGE TOTAL | | 10686.42 | | | | 10281.61 |
| | | | | | | |
| | | | | | | |

1

US HOTEL CORPORATION
BANKRUPTCY CASE NO.: 05-04783
SCHEDULE OF DEBT

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| A S Hospitality<br>Drawer GA 00374<br>P.O. Box 530109<br>Atlanta, GA 30353 | | | | | | |
| A S Hospitality – Acct #28077 | 05/23/05 | 156.36 | UNK | | | |
| A S Hospitality – Acct #28077 | 11/23/04 | 156.36 | UNK | | | |
| Adamjlee Insurance Agency<br>17 W. Hillgrove<br>LaGrange, IL 60525 | | | | | | |
| Adamjlee Ins. Agency – Policy # 08619125-0<br>Commercial Auto Insurance | 05/23/05 | 5225.80 | N | | | |
| City of Chicago<br>Department of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680 | | | | | | |
| City of Chicago Department of Revenue<br>Parking Violation at O'Hare – Notice Number 5061453060 | 05/26/05 | 50.00 | N | | | |
| Hot Supply, Inc.<br>731 Racquet Club Drive<br>Addison, IL 60101<br>630-543-5244 | | | | | | |
| Hot Supply, Inc. – Invoice No. 1014887 | 04/07/05 | 606.77 | UNK | | | |
| Hot Supply, Inc. – Invoice No. 1015046 | 05/27/05 | 158.72 | UNK | | | |
| NCR<br>1700 S. Patterson Blvd.<br>Dayton, OH 45478<br>937-445-4542 | | | | | | |
| NCR – Invoice # 4019332853 | 05/14/05 | 100.32 | N | | | |
| PAGE SUBTOTAL | | 6454.33 | | | | 0.00 |

2

US HOTEL CORPORATION
BANKRUPTCY CASE NO.: 05-04783
SCHEDULE OF DEBT

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 105703<br>Atlanta, GA  30348 | | | | | | |
| IRS 941 – 2003 2nd Quarter | Unfiled | UNK | UNK | | | |
| IRS 941 – 2003 3rd Quarter | Unfiled | UNK | UNK | | | |
| IRS 941 – 2003 4th Quarter | Unfiled | UNK | UNK | | | |
| IRS 941 – 2004 1st Quarter | Unfiled | UNK | UNK | | | |
| IRS 941 – 2004 2nd Quarter | Unfiled | UNK | UNK | | | |
| IRS 941 – 2004 3rd Quarter | Unfiled | UNK | UNK | | | |
| IRS 941 – 2004 4th Quarter | Unfiled | UNK | UNK | | | |
| IRS 940 – Dec. 2003 | Unfiled | UNK | UNK | | | |
| IRS 940 – Dec 2004 | Unfiled | UNK | UNK | | | |
| Illinois Department of Employment Security<br>Northern Region<br>260 East Indian Trail Road<br>Aurora, IL  60505 | | | | | | |
| IDES | UNK | UNK | UNK | | | |
| Illinois Department of Revenue<br>Miscellaneous Taxes Division<br>P.O. Box 19019<br>Springfield, IL  62794<br>217-785-2627 | | | | | | |
| Illinois Department of Revenue – Hotel Operators<br>Occupation Tax – 12/2004 | Unfiled | UNK | UNK | | | |
| Illinois Department of Revenue – Hotel Operators<br>Occupation Tax – 1/2005 | Unfiled | UNK | UNK | | | |
| Illinois Department of Revenue – Hotel Operators<br>Occupation Tax – 2/2005 | Unfiled | UNK | UNK | | | |
| Illinois Department of Revenue – Hotel Operators<br>Occupation Tax – 3/2005 | Unfiled | UNK | UNK | | | |
| PAGE SUBTOTAL | | 0.00 | | | | 0.00 |

3

9/9/2005 2:35 PM
128497_1:05-1116

US HOTEL CORPORATION
BANKRUPTCY CASE NO.: 05-04783
SCHEDULE OF DEBT

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| Illinois Department of Revenue – Hotel Operators Occupation Tax – Final Billing | 01/07/05 | 5290.10 | UNK | | | |
| Illinois Department of Revenue – Hotel Operators Occupation Tax – Final Billing | 01/21/05 | 4755.08 | UNK | | | |
| Illinois Department of Revenue – Hotel Operators Occupation Tax – 10 Demand | 5/29/05 | 35.99 | UNK | | | |
| Illinois Department of Revenue Telecommunications Infrastructure Maintenance Fees Return – 4th Quarter 2004 | Unfiled | UNK | UNK | | | |
| Illinois Department of Revenue Telecommunications Infrastructure Maintenance Fees Return – Annual 2004 | Unfiled | UNK | UNK | | | |
| Illinois Department of Revenue Telecommunications Infrastructure Maintenance Fees Return – 1st Quarter 2005 | Unfiled | UNK | UNK | | | |
| Groot Recycliny & Waste Services, Inc. 2500 Lanmeier Road Elk Grove Village, IL 60007 800-244-1977 | | | | | | |
| Groot Recycling & Waste Services, Inc. Acct #111435 | 3/1/05 | 448.22 | UNK | | | |
| Groot Recycling & Waste Services, Inc. Acct #111435 | 04/01/05 | 724.57 | UNK | | | |
| DHL Express P.O. Box 4723 Houston, TX 77210 | | | | | | |
| PAGE SUBTOTAL | | 11253.96 | | | | 0.00 |

4

9/9/2005 2:35 PM
128497_1:05-1116

**US HOTEL CORPORATION**
**BANKRUPTCY CASE NO.: 05-04783**
**SCHEDULE OF DEBT**

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| DHL Acct #165394439 | 8/31/04 | 56.64 | Y | 12/22/04 | 0864 | 146.31 |
| | 9/14/04 | 9.12 | | | | |
| | 9/28/04 | 8.48 | | | | |
| | 11/02/04 | 17.54 | | | | |
| | 11/16/04 | 49.17 | | | | |
| | 11/30/04 | 11.94 | | | | |
| | 12/14/04 | 10.38 | | | | |
| DHL Acct # 165394439 | 12/25/04 | 91.78 | UNK | | | |
| | 12/28/04 | 21.96 | | | | |
| | 1/11/05 | 9.20 | | | | |
| | 1/17/05 | 9.75 | | | | |
| DHL – Acct# 165394439 | 2/26/05 | 185.31 | UNK | | | |
| | 3/22/05 | 8.64 | | | | |
| DHL – Acct# 001653944439 | 03/26/05 | 195.06 | UNK | | | |
| Sara Lee Coffee & Tea P.O. Box 93354 Chicago, IL 60673 | | | | | | |
| Sara Lee Coffee & Tea – Invoice numbers 6786652 and 7500565 | 1/1/05 | 585.00 | UNK | | | |
| Sara Lee Coffee & Tea – Invoice # 7969627 | 02/18/05 | 871.17 | UNK | | | |
| Sara Lee Coffee & Tea – Acct# 142386 | 04/02/05 | 1456.17 | UNK | | | |
| Lutheran General Hospital P.O. Box 73208 Chicago, IL 60673 847-723-2154 | | | | | | |
| Lutheran General Hospital – Workmens Comp Claim of Griseida Godinez | 3/12/05 | 116.59 | UNK | | | |
| Lutheran General Hospital – Workmens Comp Claim of Griseida Godinez | 3/12/05 | 184.00 | UNK | | | |
| PAGE SUBTOTAL | | 3897.90 | | | | 146.31 |

5

9/9/2005 2:35 PM
128497_1:05-1116

**US HOTEL CORPORATION**
**BANKRUPTCY CASE NO.: 05-04783**
**SCHEDULE OF DEBT**

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| Lutheran General Hospital – Workmens Comp Claim of Griseida Godinez | 3/12/05 | 185.00 | UNK | | | |
| Lato Supply Corporation P.O. Box 14830 Phoenix, AZ 85063 800-528-3347 602-269-8389 | | | | | | |
| Lato Supply Corporation | 12/31/04 | 2894.91 | UNK | | | |
| Ramada Franchise Systems, Inc. P.O. Box 360113 Pittsburgh, PA 15251 | | | | | | |
| Ramada Franchise Systems, Inc. 1910 Eighth Avenue NE P.O. Box 4090 Aberdeen, SD 57402 | | | | | | |
| Ramada Franchise Systems, Inc. Acct# 779920107 | 03/09/05 | 1125.00 | UNK | | | |
| Ramada Franchise Systems, Inc. Acct# 779920107 | 03/23/05 | 1261.18 | UNK | | | |
| Ramada Franchise Systems, Inc. Acct# 779920107 | 2/28/05 | 7677.91 | UNK | | | |
| Ramada Franchise Systems, Inc. Acct# 779920107 | 5/18/05 | 206.80 | UNK | | | |
| Ramada Franchise Systems, Inc. Acct# 512568 | 2/17/05 | 47.70 | UNK | | | |
| Ramada Franchise Systems, Inc. Acct# 512568 | 02/25/05 | 34.00 | UNK | | | |
| PAGE SUBTOTAL | | 13432.50 | | | | 0.00 |

6

US HOTEL CORPORATION
BANKRUPTCY CASE NO.: 05-04783
SCHEDULE OF DEBT

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| International Hotel & Accommodations Directory<br>643 Bay Street, Unit 19<br>Toronto, Ontario M5G 1M7 | | | | | | |
| International Hotel & Accommodations Directory –<br>Ref# 117033 | 11/25/04 | 373.54 | UNK | | | |
| Nextel<br>P.O. Box 17990<br>Denver, CO  80217 | | | | | | |
| Nextel – Acct# 389841510 | 12/29/04 | 649.17 | UNK | | | |
| Nextel – Acct# 1002311 | 3/15/05 | 1086.54 | Partial | 3/25/05 | Debit | 701.10 |
| Nicor Gas<br>P.O. Box 2020<br>Aurora, IL  60507 | | | | | | |
| Nicor Gas – Acct# 1-05-54-2067 1 | 03/10/05 | 7235.37 | UNK | | | |
| Torvac<br>3000 West Wireton Road<br>Blue Island, IL  60406<br>708-388-3223 | | | | | | |
| Torvac – Customer# 110601 | 12/1/04 | 45.00 | UNK | | | |
| Torvac – Customer# 110601 | 1/3/05 | 129.00 | UNK | | | |
| Federal Express<br>P.O. Box 94515<br>Palatine, IL  60094 | | | | | | |
| Federal Express – Acct# 1827-4987-7 | 11/17/04 | 24.54 | UNK | | | |
| Clear Channel Airports<br>P.O. Box 847247<br>Dallas, TX  75284 | | | | | | |
| Clear Channel Airports - Invoice# 606900319 | 3/15/05 | 1873.75 | UNK | | | |
| PAGE SUBTOTAL | | 11416.91 | | | | 701.10 |

7

9/9/2005 2:35 PM
128497_1-05-1116

**US HOTEL CORPORATION**
**BANKRUPTCY CASE NO.: 05-04783**
**SCHEDULE OF DEBT**

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| National Chemsearch<br>P.O. Box 152100<br>Irving, TX 75015<br>800-527-9921 Menu Option #3 | | | | | | |
| Chemsearch – Customer #B0218805 | 3/14/05 | 448.97 | UNK | | | |
| Commonwealth Edison<br>P.O. Box 802376<br>Chicago, IL 60680 | | | | | | |
| ComEd – Acct# 0279313012 | 03/16/05 | 28,748.45 | UNK | | | |
| Darling International<br>P.O. Box 671401<br>Dallas, TX 75267 | | | | | | |
| Darling International, Inc. – ID# 697323 | 12/01/04 | 45.00 | UNK | | | |
| State of Illinois<br>Illinois State Toll Highway Authority<br>Violation Processing Center<br>135 S. LaSalle Department 8021<br>Chicago, IL 60674 | | | | | | |
| State of Illinois State Toll Highway Authority<br>Notice #VS05072092 | 3/15/05 | 377.60 | UNK | | | |
| Illinois Department of Employment Security<br>P.O. Box 802551<br>Chicago, IL 60680 | | | | | | |
| IDES – 1/2005 | Unfiled | UNK | UNK | | | |
| Georgia Commercial Mills, Inc.<br>418 West Hawthorne St.<br>Dalton, GA 30720 | | | | | | |
| PAGE SUBTOTAL | | 29620.02 | | | | 0.00 |

8

9/9/2005 2:35 PM
128497_1:05-1116

US HOTEL CORPORATION
BANKRUPTCY CASE NO.: 05-04783
SCHEDULE OF DEBT

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| Georgia Commercial Mills, Inc. – Customer ID RAM-MT PROSPECT | 3/1/05 | 159.60 | UNK | | | |
| | | | | | | |
| State Chemical Mfg. 3100 Hamilton Avenue Cleveland, OH 44114 | | | | | | |
| State Chemical Mfg. – Acct# 0000390047 | 2/28/05 | 616.32 | UNK | | | |
| | | | | | | |
| Industrial Door Company of Chicago 1555 Landmeier Road Elk Grove Village, IL 60007 | | | | | | |
| Industrial Door Company of Chicago Acct# RAMI01 | 4/5/05 | 957.50 | UNK | | | |
| | | | | | | |
| COMMTRAK 17493 Nassau Commons Lewes, DE 19958 | | | | | | |
| COMMTRAK – Record# 66943331 | 3/2/05 | 8.90 | UNK | | | |
| | | | | | | |
| ADT P.O. Box 371967 Pittsburgh, PA 15250 | | | | | | |
| ADT – Acct# 90240280 | 2/22/05 | 374.00 | UNK | | | |
| | | | | | | |
| Maintenance Engineering, Ltd. 3001 S. University Drive P.O. Box 2123 Fargo, ND 58107 | | | | | | |
| Maintenance Engineering, Ltd. Act# 0358059 | 2/2/05 | 416.67 | UNK | | | |
| | | | | | | |
| PAGE SUBTOTAL | | 2522.99 | | | | 0.00 |
| | | | | | | |

9

9/9/2005 2:35 PM
128497_1:05-1116

US HOTEL CORPORATION
BANKRUPTCY CASE NO.: 05-04783
SCHEDULE OF DEBT

| CREDITOR | STATEMENT DATE | AMOUNT DUE | PAID Y/N/UNK | DATE PAID | CHECK # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| ALSCO<br>2641 South Leavitt<br>Chicago, IL 60608<br>773-579-3350 | | | | | | |
| American Linen Division – Acct# 73700 | 3/15/05 | 157.31 | UNK | | | |
| ALSCO – Acct # 73700 | 4/30/05 | 159.64 | | | | |
| Suburban Elevator Company<br>5 Executive Court, Suite 1<br>South Barrington, IL 60010<br>847-277-9991 | | | | | | |
| Suburban Elevator Company – Acct# 118 | 3/1/05 | 155.00 | UNK | | | |
| Ecolab<br>1060 Thorndale Avenue<br>Elk Grove Village, IL 60007 | | | | | | |
| EcoLab – Invoice# 5419505 | 3/30/05 | 173.59 | UNK | | | |
| Mary Lynn<br>1520 Commerce Lane<br>Joliet, IL 60431<br>815-730-1111 | | | | | | |
| Mary Lynn (Unpaid Wages) | | 500.00 | UNK | | | |
| PAGE SUBTOTAL | | 1145.54 | | | | 0.00 |
| TOTAL | | 90430.57 | | | | 11129.02 |

10

9/9/2005 2:35 PM
128497_1:05-1116