**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| US HOTEL CORPORATION, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy Case No.: 05 B 04783 |
| | ) | |
| | ) | Hon. Carol A. Doyle |

**NOTICE OF FILING**

To: See attached Service List.

**PLEASE TAKE NOTICE THAT** on September 12, 2005, Debtor, US Hotel Corporation, by and through his attorneys, Richards, Ralph & Schwab, Chtd., filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Illinois, Chicago, Illinois, its Final Summary of Cash Receipts and Cash Disbursements, a copy of which is attached hereto and served upon you.

US HOTEL CORPORATION

By: /s/ David J. Schwab
 One of Its Attorneys.

David J. Schwab, ARDC 6204333
Michael L. Ralph, Sr., ARDC 2279304
Richards, Ralph & Schwab, Chartered
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, Illinois 60061
Telephone: (847) 367-9699
Email: dschwab@rrs-chtd.com
 mralph@rrs-chtd.com

9/12/2005 1:29 PM
128630_1:05-1116

## CERTIFICATE OF SERVICE

The undersigned, attorney, depose and state that I caused a true and correct copy of the foregoing Notice of Filing and Appearance to be served upon the persons listed on the attached service list by facsimile and first class mail, postage prepaid, by depositing the same in the United States Mail at 175 East Hawthorn Parkway, Suite 345, Vernon Hills, Illinois 60061, before 4:00 p.m. on September 12, 2005.

/s/ David J. Schwab

## SERVICE LIST

US Hotel Corporation
Shaukat Sindhu
100 N. Elmhurst Road
Prospect Heights, IL  60070

Jay A. Steinberg
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL  60601
Facsimile: (312) 832-4700

Eugene S. Kraus
James M. McArdle
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL  60610
Facsimile: (312) 327-1051

Ira Bodenstein
Office of the US Trustee
227 W. Monroe St.
Suite 3350
Chicago, IL  60606
Facsimile: (312) 886-5794

Cameron M. Gulden
Office of the US Trustee
227 W. Monroe St.
Suite 3350
Chicago, IL  60606
Facsimile: (312) 886-5794

John C. Vigano
Robin M. Spencer
Schiff Hardin, LLP
6600 Sears Tower
Chicago, IL  60606
Facsimile: (312) 258-5600

Daniel Eliades
Forman Holt & Eliades, LLC
218 Route 17 North
Rochelle Park, NJ  07662
Facsimile:  (201) 845-9112