Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-04783 -CAD
Case Name: US HOTEL CORP.

Taxpayer ID No: *******1277
For Period Ending: 11/30/07

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2451  BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/05 | 2 | RICHARDS, RALPH & SCHWAB, CHARTERED CLIENT TRUST ACCOUNT 175 E. HAWTHORN PARKWAY SUITE 345 VERNON HILLS, ILLINOIS 60061 | Sindhu/U.S. Hotel | 1249-000 | 46,722.36 | | 46,722.36 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 18.39 | | 46,740.75 |
| 12/13/05 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 9999-000 | 9.22 | | 46,749.97 |
| 12/13/05 | | Transfer to Acct #*******2503 | Transfer In From MMA Account | 9999-000 | | 46,749.97 | 0.00 |

| | | COLUMN TOTALS | 46,749.97 | 46,749.97 |
| | | Less: Bank Transfers/CD's | 0.00 | 46,749.97 |
| | | Subtotal | 46,749.97 | 0.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | Net | 46,749.97 | 0.00 |

Page Subtotals     46,749.97     46,749.97

LFORM24       Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| | |
|---|---|
| Case No: | 05-04783 -CAD |
| Case Name: | US HOTEL CORP. |
| Taxpayer ID No: | *******1277 |
| For Period Ending: | 11/30/07 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2503  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/05 | | Transfer from Acct #********2451 | Transfer In From MMA Account | 9999-000 | 46,749.97 | | 46,749.97 |
| 12/13/05 | 003001 | JAY A. STEINBERG, Trustee | Per Order of Court dated 12/13/2005 | 2100-000 | | 31,000.00 | 15,749.97 |
| 12/13/05 | 003002 | LOIS WEST POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE SUITE 1550 CHICAGO, IL 60601 | Per Order of Court dated 12/13/2005 | 3420-000 | | 12,465.91 | 3,284.06 |
| 12/13/05 | 003003 | SCOTT & KRAUS, L.L.C. 150 S. WACKER DRIVE SUITE 2900 CHICAGO, ILLINOIS 60606 | Per Order of Court dated 12/13/2005 | 3220-000 | | 3,284.06 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 46,749.97 | 46,749.97 |
| | Less: Bank Transfers/CD's | | 46,749.97 | 0.00 |
| | Subtotal | | 0.00 | 46,749.97 |
| | Less: Payments to Debtors | | | 0.00 |
| | Net | | 0.00 | 46,749.97 |

Page Subtotals      46,749.97      46,749.97

Ver. 11.80

LFORM24

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 05-04783 -CAD
Case Name: US HOTEL CORP.
Taxpayer ID No: *******1277
For Period Ending: 11/30/07

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2139  BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/07 | | LE PETOMANE INC. | TRUSTEE REFUND | | | -1,000.00 | 1,000.00 |
| 08/28/07 | 003001 | United States Trustee for the Northern District of Illinois 227 W Monroe, Suite 3350 Chicago IL 60606 | U.S. TRUSTEE QUARTERLY FEES | 2950-000 | | 1,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 0.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********2451 | 46,749.97 | 0.00 | 0.00 |
| BofA - Checking Account - ********2503 | 0.00 | 46,749.97 | 0.00 |
| BofA - Checking Account - ********2139 | 0.00 | 0.00 | 0.00 |
| | 46,749.97 | 46,749.97 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 11.80
LFORM24

US HOTEL CORP
VILLAGE BANK TRUST
ACCOUNT #1595901

| Check # | Date | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
|  | 6/17/2005 | Transfer from old account | 34,357.43 |  | 34,357.43 |
|  | 6/16/2005 | Deposit |  |  | 34,357.43 |
| 1380 | 6/16/2005 | Roger Mahmood |  | (597.57) | 33,759.86 |
| 1381 | 6/16/2005 | Ricardo Montes |  | (646.30) | 33,113.56 |
| 1382 | 6/16/2005 | Paul Hartman |  | (1,106.00) | 32,007.56 |
| 1383 | 6/16/2005 | Jimenez Meli |  | (760.87) | 31,246.69 |
| 1384 | 6/16/2005 | Javier Perez |  | (321.94) | 30,924.75 |
| 1385 | 6/16/2005 | Hiram H. Chavez Sr. |  | (210.99) | 30,713.76 |
| 1386 | 6/16/2005 | Ghazalla Shaikh |  | (1,630.00) | 29,083.76 |
| 1387 | 6/16/2005 | David Dow |  | (619.13) | 28,464.63 |
| 1388 | 6/16/2005 | Andrew John |  | (796.57) | 27,668.06 |
| 1389 | 6/16/2005 | Jose L.Casas |  | (1,097.18) | 26,570.88 |
| 1390 | 6/16/2005 | Jose Reyes |  | (1,059.64) | 25,511.24 |
| 1391 | 6/16/2005 | Yawar Masood |  | (2,082.62) | 23,428.62 |
| 1392 | 6/16/2005 | Marium Rivera |  | (434.28) | 22,994.34 |
| 1393 | 6/16/2005 | Lucera |  | (489.06) | 22,505.28 |
| 1394 | 6/16/2005 | Maria Montes |  | (306.24) | 22,199.04 |
| 1395 | 6/16/2005 | Maria Isabel |  | (70.20) | 22,128.84 |
| 1396 | 6/16/2005 | Ramon Rames |  | (500.03) | 21,628.81 |
| 1397 | 6/16/2005 | Dora Luz |  | (514.80) | 21,114.01 |
| 1398 | 6/16/2005 | Ana G |  | (309.40) | 20,804.61 |
| 1399 | 6/16/2005 | Nereyda |  | (507.66) | 20,296.95 |
| 1400 | 6/16/2005 | Ricardo Montis |  | (327.60) | 19,969.35 |
| 1401 | 6/16/2005 | Rubin |  | (787.50) | 19,181.85 |
| 1402 | 6/16/2005 | Annabelle O'Baruwa |  | (168.24) | 19,013.61 |
| 1403 | 6/16/2005 | Salman Mohsin |  | (623.80) | 18,389.81 |
| 1404 | 6/16/2005 | Zafar Shah |  | (157.26) | 18,232.55 |
| 1421 | 6/16/2005 | Teresita G. Chance |  |  | 18,232.55 |
| 1422 | 6/16/2005 | Sergio Aguilera |  |  | 18,232.55 |
| 1423 | 6/16/2005 | Ramon Ramas |  |  | 18,232.55 |
| 1424 | 6/16/2005 | Ramiro Torres |  |  | 18,232.55 |
| 1425 | 6/16/2005 | Phil Karansinski |  |  | 18,232.55 |
| 1426 | 6/16/2005 | Michelle C. Wells |  |  | 18,232.55 |
| 1429 | 6/16/2005 | Chavez L. Gabriel |  | (232.18) | 18,000.37 |
| 1428 | 6/16/2005 | Salman A. Mirza |  | (478.92) | 17,521.45 |
| 1427 | 6/16/2005 | Ashley A. Murray |  | (270.97) | 17,250.48 |
|  | 6/21/2005 | Transfer from old account | 883.96 |  | 18,134.44 |
|  | 6/21/2005 | Transfer from old account | 4,594.27 |  | 22,728.71 |
| 1430 | 6/21/2005 | Safeco Insurance Co. |  | (11,982.07) | 10,746.64 |
| 1431 | 6/21/2005 | Void |  |  | 10,746.64 |
| 1432 | 6/21/2005 | Void |  |  | 10,746.64 |
| 1005 | 6/24/2005 | Teresita Chance (replacement) |  | (488.50) | 10,258.14 |
| 1006 | 6/24/2005 | Sergio Aguilar (replacement) |  | (576.46) | 9,681.68 |
| 1007 | 6/24/2005 | Ramon Ramos (replacement) |  | (475.36) | 9,206.32 |
| 1008 | 6/24/2005 | Ramiro Torres (replacement) |  | (1,330.00) | 7,876.32 |
| 1009 | 6/24/2005 | Phil Karasinski (replacement) |  | (294.64) | 7,581.68 |
| 1010 | 6/24/2005 | Michelle Wells (replacement) |  | (164.39) | 7,417.29 |
| 1011 | 6/24/2005 | Salman Mirza (replacement) |  | (478.92) | 6,938.37 |

US HOTEL CORP
VILLAGE BANK TRUST
ACCOUNT #1595901

| Check # | Date | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| 1012 | 6/24/2005 | Chavez Gabriel (replacement) | | (232.18) | 6,706.19 |
| 1013 | 6/24/2005 | Ashley Murray (replacement) | | (270.97) | 6,435.22 |
| 1014 | 6/24/2005 | Mirian Rivera | | (56.00) | 6,379.22 |
| 1015 | 6/24/2005 | Anastacio Hernandez | | (180.25) | 6,198.97 |
| 1016 | 6/24/2005 | Illinois Dept. of Revenue | | (2,319.23) | 3,879.74 |
| 1017 | 6/24/2005 | Village of Mount Prospect | | (1,164.99) | 2,714.75 |
| 1018 | 6/24/2005 | Ramiro Torress | | (1,295.74) | 1,419.01 |
| 1019 | 6/24/2005 | Ramiro Torress | | (992.56) | 426.45 |
| | 6/28/2005 | Transfer to old account - in error | | (17,193.63) | (16,767.18) |
| | 6/29/2005 | Transfer from old account | 21,498.21 | | 4,731.03 |
| | 6/30/2005 | Transfer from old account | 19,343.89 | | 24,074.92 |
| 1020 | 7/1/2005 | Phil Karasinski (replacement) | | (480.80) | 23,594.12 |
| 1021 | 7/1/2005 | Roger Mehmod | | (147.58) | 23,446.54 |
| 1022 | 7/1/2005 | Yawar Masood | | (710.31) | 22,736.23 |
| 1023 | 7/1/2005 | M. Salman Mohsin | | (664.81) | 22,071.42 |
| 1024 | 7/1/2005 | Tess Chance | | (588.78) | 21,482.64 |
| 1025 | 7/1/2005 | Void | | 0.00 | 21,482.64 |
| 1026 | 7/1/2005 | Void | | 0.00 | 21,482.64 |
| 1027 | 7/1/2005 | Anastacio Hernandez | | (527.44) | 20,955.20 |
| 1028 | 7/1/2005 | Crisina Rosero | | (98.00) | 20,857.20 |
| 1029 | 7/1/2005 | Zafar Shah - voided | | 0.00 | 20,857.20 |
| 1030 | 7/1/2005 | Ali Mirza | | (425.07) | 20,432.13 |
| 1031 | 7/1/2005 | Jose Casas | | 0.00 | 20,432.13 |
| 1032 | 7/1/2005 | Kean Thomas | | (623.72) | 19,808.41 |
| 1033 | 7/1/2005 | Shane Tipton | | (641.47) | 19,166.94 |
| 1034 | 7/1/2005 | Javier Perez | | (97.38) | 19,069.56 |
| 1035 | 7/1/2005 | David Dow | | (143.56) | 18,926.00 |
| 1036 | 7/1/2005 | Sergio Aguilera - reissued | | 0.00 | 18,926.00 |
| 1037 | 7/1/2005 | Meli Jaminez - reissued | | 0.00 | 18,926.00 |
| 1038 | 7/1/2005 | Lucera Rojas | | (442.54) | 18,483.46 |
| 1039 | 7/1/2005 | Maria Alanso | | (311.54) | 18,171.92 |
| 1040 | 7/1/2005 | Ramon Ramos | | (540.41) | 17,631.51 |
| 1041 | 7/1/2005 | Dora Gudinez | | (562.14) | 17,069.37 |
| 1042 | 7/1/2005 | Garriela Faraga | | (292.97) | 16,776.40 |
| 1043 | 7/1/2005 | Ana Godinez | | (602.80) | 16,173.60 |
| 1044 | 7/1/2005 | Nereyda Alejandro | | | 16,173.60 |
| 1045 | 7/1/2005 | Juan Ceballos | | (392.55) | 15,781.05 |
| 1046 | 7/1/2005 | Jose Reyes | | (350.92) | 15,430.13 |
| 1047 | 7/1/2005 | Michelle Wells | | (176.82) | 15,253.31 |
| 1048 | 7/1/2005 | Ramiro Torres | | (1,300.00) | 13,953.31 |
| 1049 | 7/1/2005 | LaSalle Bank | | **(2,293.64)** | 11,659.67 |
| 1050 | 7/1/2005 | Illinois Dept. of Revenue | | (257.29) | 11,402.38 |
| 1051 | 7/1/2005 | Void | | | 11,402.38 |
| 1052 | 7/1/2005 | Gilberto Modragon | | (900.00) | 10,502.38 |
| 1053 | 7/1/2005 | Com Ed | | (10,000.00) | 502.38 |
| 1054 | 7/6/2005 | Adamjee Insurance - Auto | | (5,544.00) | (5,041.62) |
| 1055 | 7/6/2005 | Adamjee Insurance - W/C | | (3,565.00) | (8,606.62) |
| | 7/7/2005 | Miscellaneous deposit | 1,058.13 | | (7,548.49) |

2

US HOTEL CORP
VILLAGE BANK TRUST
ACCOUNT #1595901

| Check # | Date | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
|  | 7/14/2005 | Transfer from old account | 18,000.00 |  | 10,451.51 |
|  | 7/14/2005 | Miscellaneous deposit | 99.19 |  | 10,550.70 |
| 1056 | 7/14/2005 | Anthony Olson |  | (110.82) | 10,439.88 |
| 1057 | 7/14/2005 | Ramiro Torres |  | (1,300.00) | 9,139.88 |
| 1058 | 7/14/2005 | Stephanie Engelhart |  | (51.72) | 9,088.16 |
| 1059 | 7/14/2005 | Tyler Olson |  | (51.72) | 9,036.44 |
| 1060 | 7/14/2005 | Phil Karasinski |  | (430.49) | 8,605.95 |
| 1061 | 7/14/2005 | Roger Mehmod |  | (223.07) | 8,382.88 |
| 1062 | 7/14/2005 | Yawar Masood |  | (581.41) | 7,801.47 |
| 1063 | 7/14/2005 | M. Salman Mohsin |  | (772.89) | 7,028.58 |
| 1064 | 7/14/2005 | Anastacio Hernandez |  | (634.50) | 6,394.08 |
| 1065 | 7/14/2005 | Crinsina Rosero |  | (358.08) | 6,036.00 |
| 1066 | 7/14/2005 | Candice |  | (69.26) | 5,966.74 |
| 1067 | 7/14/2005 | Noelle Owes |  | (216.80) | 5,749.94 |
| 1068 | 7/14/2005 | Ali Mirza |  | (402.40) | 5,347.54 |
| 1069 | 7/14/2005 | Jose Casas |  | (544.94) | 4,802.60 |
| 1070 | 7/14/2005 | David Dow |  | (312.38) | 4,490.22 |
| 1071 | 7/14/2005 | Sergio Aguilera |  | (579.19) | 3,911.03 |
| 1072 | 7/14/2005 | Meli Jaminez |  | (365.08) | 3,545.95 |
| 1073 | 7/14/2005 | Romero |  | (20.77) | 3,525.18 |
| 1074 | 7/14/2005 | Daniel Jimenez |  | (244.50) | 3,280.68 |
| 1075 | 7/14/2005 | Lucera Rojas |  | (231.11) | 3,049.57 |
| 1076 | 7/14/2005 | Maria Alanso |  | (372.81) | 2,676.76 |
| 1077 | 7/14/2005 | Ramon Ramos |  | (175.88) | 2,500.88 |
| 1078 | 7/14/2005 | Dora Gudinez |  | (413.46) | 2,087.42 |
| 1079 | 7/14/2005 | Garbirla Faraga |  | (127.86) | 1,959.56 |
| 1080 | 7/14/2005 | Ana Godinez |  | (233.42) | 1,726.14 |
| 1081 | 7/14/2005 | Nereyda Alejandro |  | (407.97) | 1,318.17 |
| 1082 | 7/14/2005 | Lucia Sanchez |  | (54.02) | 1,264.15 |
| 1083 | 7/14/2005 | Maria Juarez |  | (133.86) | 1,130.29 |
| 1084 | 7/14/2005 | Eva Alvarado |  | (132.06) | 998.23 |
| 1085 | 7/14/2005 | Maria Contresas |  | (72.03) | 926.20 |
| 1086 | 7/14/2005 | Waldo Rios |  | (271.92) | 654.28 |
| 1087 | 7/14/2005 | Juan Ceballos |  | (55.41) | 598.87 |
| 1088 | 7/14/2005 | Jose Reyes |  | (104.64) | 494.23 |
| 1089 | 7/14/2005 | LaSalle Bank |  | (1,818.03) | (1,323.80) |
| 1090 | 7/14/2005 | Illinois Dept. of Revenue |  | (161.53) | (1,485.33) |
| 1091 | 7/14/2005 | LaSalle Bank |  |  | (1,485.33) |
| 1092 | 7/14/2005 | Ashley Murray (replacement) |  | (270.97) | (1,756.30) |
| 1093 | 7/18/2005 | Safegurard Business Systems |  | (78.84) | (1,835.14) |
| 1094 | 7/18/2005 | Ramada |  | (1,000.00) | (2,835.14) |
| 1095 | 7/19/2005 | Meli Jaminez |  | (381.59) | (3,216.73) |
| 1096 | 7/19/2005 | Nicor Gas |  | (792.59) | (4,009.32) |
| 1097 | 7/20/2005 | Com Ed |  | (4,333.32) | (8,342.64) |
| 1098 | 7/20/2005 | Groot Recycling & Waste |  | (734.36) | (9,077.00) |
|  | 7/22/2005 | Deposit | 15,000.00 |  | 5,923.00 |
| 1099 | 7/25/2005 | SBC |  | (211.01) | 5,711.99 |
| 1100 | 7/26/2005 | American Express |  | (292.92) | 5,419.07 |

3

US HOTEL CORP
VILLAGE BANK TRUST
ACCOUNT #1595901

| Check # | Date | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| 1101 | 7/29/2005 | Anthony Olson | | (950.02) | 4,469.05 |
| 1102 | 7/29/2005 | Ramiro Tores | | (1,018.01) | 3,451.04 |
| 1103 | 7/29/2005 | Benjamin Richgruber | | (339.90) | 3,111.14 |
| 1104 | 7/29/2005 | Stephanie Engelhart | | (22.16) | 3,088.98 |
| 1105 | 7/29/2005 | Phil Karasinski | | (183.16) | 2,905.82 |
| 1106 | 7/29/2005 | Roger Mahmood | | (308.41) | 2,597.41 |
| 1107 | 7/29/2005 | Yawar Masood | | (552.38) | 2,045.03 |
| 1108 | 7/29/2005 | M. Salman Mohsin | | (965.71) | 1,079.32 |
| 1109 | 7/29/2005 | Carolyne Matos | | (46.55) | 1,032.77 |
| 1110 | 7/29/2005 | Anastacio Hernandez | | (401.25) | 631.52 |
| 1111 | 7/29/2005 | Bhaumik Trivedi | | (342.00) | 289.52 |
| 1112 | 7/29/2005 | Diana Zoellick | | (48.48) | 241.04 |
| 1113 | 7/29/2005 | Noelle Owes | | (480.71) | (239.67) |
| 1114 | 7/29/2005 | Juan Reategue | | (138.34) | (378.01) |
| 1115 | 7/29/2005 | Ali Mirza | | (211.92) | (589.93) |
| 1116 | 7/29/2005 | David Dow | | (246.99) | (836.92) |
| 1117 | 7/29/2005 | Sergio Aguilera | | (498.40) | (1,335.32) |
| 1118 | 7/29/2005 | Meli Jaminez | | (409.51) | (1,744.83) |
| 1119 | 7/29/2005 | Iram Romero | | (478.22) | (2,223.05) |
| 1120 | 7/29/2005 | Daniel Jimenez | | (565.83) | (2,788.88) |
| 1121 | 7/29/2005 | Maria Alanso | | (386.17) | (3,175.05) |
| 1122 | 7/29/2005 | Dora Gudinez | | (484.89) | (3,659.94) |
| 1123 | 7/29/2005 | Nereyde Alejandro | | (375.25) | (4,035.19) |
| 1124 | 7/29/2005 | Eva Alvarado | | (450.05) | (4,485.24) |
| 1125 | 7/29/2005 | Oswaldo Rios | | (467.48) | (4,952.72) |
| 1126 | 7/29/2005 | Maria Juarez | | (440.75) | (5,393.47) |
| 1127 | 7/29/2005 | Susana Ramirez | | (209.62) | (5,603.09) |
| 1128 | 7/29/2005 | Zafar Shah | | (44.32) | (5,647.41) |
| 1129 | 7/29/2005 | Jose Reyes | | (25.00) | (5,672.41) |
| 1130 | 7/29/2005 | Void | | | (5,672.41) |
| 1131 | 7/29/2005 | Jonathan Bordner | | (190.83) | (5,863.24) |
| 1132 | 7/29/2005 | Village of Mount Prospect | | (2,833.19) | (8,696.43) |
| 1133 | 7/29/2005 | Juan Ceballos | | (669.55) | (9,365.98) |
| | 7/29/2005 | Deposit | 506.19 | | (8,859.79) |
| 1134 | 7/29/2005 | Ramiro Tores | | (281.99) | (9,141.78) |
| 1135 | 8/1/2005 | LaSalle Bank | | **(2,179.03)** | (11,320.81) |
| 1136 | 8/1/2005 | Illinois Dept. of Revenue | | (252.57) | (11,573.38) |
| 1137 | 8/1/2005 | Internaciona Envios | | (626.49) | (12,199.87) |
| 1138 | 8/1/2005 | M. Moshin | | (499.78) | (12,699.65) |
| 1139 | 8/1/2005 | Hot Supply | | (537.71) | (13,237.36) |
| 1140 | 8/1/2005 | Cornerstone Hotel Mgt | | (2,178.87) | (15,416.23) |
| 1141 | 8/1/2005 | Illinois Dept. of Revenue | | (3,985.18) | (19,401.41) |
| 1142 | 8/1/2005 | Village of Mount Prospect | | (2,121.94) | (21,523.35) |
| | 8/1/2005 | Maintenance fee | | (611.19) | (22,134.54) |
| | 8/2/2005 | Transfer from old account | 16,000.00 | | (6,134.54) |
| 1143 | 8/3/2005 | Nereyda Alejandro | | (624.68) | (6,759.22) |
| | 8/3/2005 | Deposit | 11,576.22 | | 4,817.00 |
| 1144 | 8/12/2005 | Sergio Aguilera | | (543.49) | 4,273.51 |

4

US HOTEL CORP  
VILLAGE BANK TRUST  
ACCOUNT #1595901

| Check # | Date | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| 1145 | 8/12/2005 | Maria Alanzo | | (401.85) | 3,871.66 |
| 1146 | 8/12/2005 | Eva Alvarado | | (390.23) | 3,481.43 |
| 1147 | 8/12/2005 | Thomas Cortez | | (312.53) | 3,168.90 |
| 1148 | 8/12/2005 | David Dow | | (278.73) | 2,890.17 |
| 1149 | 8/12/2005 | Dora Gudinez | | (374.55) | 2,515.62 |
| 1150 | 8/12/2005 | Anastacio Hernandez | | (407.60) | 2,108.02 |
| 1151 | 8/12/2005 | Meli Jaminez | | (311.98) | 1,796.04 |
| 1152 | 8/12/2005 | Daniel Jimenez | | (529.22) | 1,266.82 |
| 1153 | 8/12/2005 | Maria Juarez | | (415.77) | 851.05 |
| 1154 | 8/12/2005 | Roger Mahmood | | (272.67) | 578.38 |
| 1155 | 8/12/2005 | Yawar Masood | | (720.45) | (142.07) |
| 1156 | 8/12/2005 | Carolyne Matos | | (122.93) | (265.00) |
| 1157 | 8/12/2005 | Ali Mirza | | (222.28) | (487.28) |
| 1158 | 8/12/2005 | Samlan M. Moshin | | (780.82) | (1,268.10) |
| 1159 | 8/12/2005 | Alejandro Nereyda | | (421.90) | (1,690.00) |
| 1160 | 8/12/2005 | Anthony Olson | | (950.02) | (2,640.02) |
| 1161 | 8/12/2005 | Christopher Ortman | | (382.75) | (3,022.77) |
| 1162 | 8/12/2005 | Noelle Owes | | (410.19) | (3,432.96) |
| 1163 | 8/12/2005 | Britani Picardi | | (280.79) | (3,713.75) |
| 1164 | 8/12/2005 | Susana Ramirez | | (405.29) | (4,119.04) |
| 1165 | 8/12/2005 | Ramon Ramos | | (157.87) | (4,276.91) |
| 1166 | 8/12/2005 | Juan Reategui | | (122.93) | (4,399.84) |
| 1167 | 8/12/2005 | Benjamin Richgruber | | (342.21) | (4,742.05) |
| 1168 | 8/12/2005 | Oswaldo Rios | | (390.23) | (5,132.28) |
| 1169 | 8/12/2005 | Iram Romero | | (478.32) | (5,610.60) |
| 1170 | 8/12/2005 | Norma Wade | | (465.68) | (6,076.28) |
| 1171 | 8/12/2005 | Diana Zoellick | | (445.71) | (6,521.99) |
| 1172 | 8/12/2005 | Ramiro Torres | | (1,300.00) | (7,821.99) |
| 1173 | 8/12/2005 | LaSalle Bank | | **(2,410.71)** | (10,232.70) |
| 1174 | 8/12/2005 | Illinois Dept. of Revenue | | (270.99) | (10,503.69) |
| | 8/15/2005 | Transfer from old account | 26,000.00 | | 15,496.31 |
| | 8/15/2005 | Deposit | 1,132.87 | | 16,629.18 |
| 1175 | 8/22/2005 | Illinois Dept. of Revenue | | (3,667.16) | 12,962.02 |
| 1176 | 8/22/2005 | Village of Mount Prospect | | (1,952.61) | 11,009.41 |
| 1177 | 8/22/2005 | Village of Mount Prospect | | (2,222.55) | 8,786.86 |
| 1178 | 8/22/2005 | LaSalle Bank | | **(2,332.38)** | 6,454.48 |
| 1179 | 8/22/2005 | Illinois Dept. of Revenue | | (286.87) | 6,167.61 |
| 1180 | 8/22/2005 | Com Ed | | (5,386.67) | 780.94 |
| 1181 | 8/23/2005 | Jose Casas-replace #1031 | | (703.61) | 77.33 |
| | 8/26/2005 | Transfer from old account | 15,000.00 | | 15,077.33 |
| 1182 | 8/26/2005 | Sergio Aguilera | | (628.55) | 14,448.78 |
| 1183 | 8/26/2005 | Maria Alanso | | (496.51) | 13,952.27 |
| 1184 | 8/26/2005 | Eva Alvarado | | (461.67) | 13,490.60 |
| 1185 | 8/26/2005 | Steve Bradfield | | (164.59) | 13,326.01 |
| 1186 | 8/26/2005 | David Dow | | (215.25) | 13,110.76 |
| 1187 | 8/26/2005 | Donald Freema | | (124.67) | 12,986.09 |
| 1188 | 8/26/2005 | Dora Gudinez | | (413.46) | 12,572.63 |
| 1189 | 8/26/2005 | Anastacio Hernandez | | (323.17) | 12,249.46 |

US HOTEL CORP
VILLAGE BANK TRUST
ACCOUNT #1595901

| Check # | Date | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| 1190 | 8/26/2005 | Meli Jaminez | | (297.68) | 11,951.78 |
| 1191 | 8/26/2005 | Daniel Jimenez | | (521.49) | 11,430.29 |
| 1192 | 8/26/2005 | Maria Juarez | | (463.98) | 10,966.31 |
| 1193 | 8/26/2005 | Roger Mahmood | | (290.54) | 10,675.77 |
| 1194 | 8/26/2005 | Yawar Masood | | (646.84) | 10,028.93 |
| 1195 | 8/26/2005 | Ali Mirza | | (285.53) | 9,743.40 |
| 1196 | 8/26/2005 | M. Salman Mohsin | | (669.73) | 9,073.67 |
| 1197 | 8/26/2005 | Alejandro Nereyda | | (72.00) | 9,001.67 |
| 1198 | 8/26/2005 | Anthony Olson | | (950.02) | 8,051.65 |
| 1199 | 8/26/2005 | Christopher Ortman | | (678.30) | 7,373.35 |
| 1200 | 8/26/2005 | Susana Ramirez | | (90.04) | 7,283.31 |
| 1201 | 8/26/2005 | Ramon Ramos | | (487.97) | 6,795.34 |
| 1202 | 8/26/2005 | Benjamin Richgruber | | (342.21) | 6,453.13 |
| 1203 | 8/26/2005 | Waldo Rios | | (343.77) | 6,109.36 |
| 1204 | 8/26/2005 | Iram Romero | | (350.99) | 5,758.37 |
| 1205 | 8/26/2005 | Rosa Maria Sanchez | | (162.08) | 5,596.29 |
| 1206 | 8/26/2005 | Ramiro Tores | | (1,057.89) | 4,538.40 |
| 1207 | 8/26/2005 | Norma Wade | | (554.82) | 3,983.58 |
| 1208 | 8/26/2005 | Diana Zoellick | | (484.76) | 3,498.82 |
| 1209 | 8/26/2005 | Illinois Dept. of Revenue | | (269.91) | 3,228.91 |
| 1210 | 8/26/2005 | LaSalle Bank | | **(2,591.02)** | 637.89 |
| 1211 | 8/26/2005 | Costco Wholesale | | (747.65) | (109.76) |
| 1212 | 8/26/2005 | Hiram H. Chavez Sr. | | (180.99) | (290.75) |
| 1213 | 8/26/2005 | SBC | | (267.97) | (558.72) |
| 1214 | 8/30/2005 | Olga Teresko - replacement #1310 | | (306.82) | (865.54) |
| | 9/30/2005 | Void ck # 1429 | 232.18 | | (633.36) |
| | 9/30/2005 | Void ck # 1428 | 478.92 | | (154.44) |
| | 9/30/2005 | Void ck # 1427 | 270.97 | | 116.53 |
| | 9/30/2005 | Void ck # 1082 | 54.02 | | 170.55 |
| | 9/30/2005 | Void ck # 1087 | 55.41 | | 225.96 |
| | 9/30/2005 | Void ck # 1105 | 183.16 | | 409.12 |
| | 9/30/2005 | Void ck # 1213 | 267.97 | | 677.09 |
| | 12/31/2006 | Maintenance fees | | (224.70) | 452.39 |
| | 1/31/2007 | Maintenance fees | | (13.95) | 438.44 |
| | 2/28/2007 | Maintenance fees | | (13.98) | 424.46 |
| | 3/31/2007 | Maintenance fees | | (14.11) | 410.35 |
| | 4/30/2007 | Maintenance fees | | (14.12) | 396.23 |
| | 5/31/2007 | Maintenance fees | | (14.11) | 382.12 |
| | 6/30/2007 | Maintenance fees | | (14.14) | 367.98 |
| | 7/30/2007 | Maintenance fees | | (14.14) | 353.84 |
| | 7/30/2007 | Banco Popular | | (353.84) | (0.00) |
| | 8/31/2007 | Maintenance fees | | (89.18) | (89.18) |
| | 8/31/2007 | Maintenance fees | | (15.00) | (104.18) |
| | 9/18/2007 | Maintenance fees | | (14.97) | (119.15) |
| | 9/14/2007 | Deposit | 104.18 | | (14.97) |
| | 10/16/2007 | Maintenance fees | | (15.43) | (30.40) |
| | 10/23/2007 | Credit - reverse fees | 30.40 | | (0.00) |
| | | | | | (0.00) |

US HOTEL CORP
VILLAGE BANK TRUST
ACCOUNT #1595901

| Check # | Date | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| | | | | | (0.00) |