UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| US HOTEL CORP. | ) | Case No. 05-04783 |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report and
Hearing on Applications for Compensation**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: DIRKSEN FEDERAL BUILDING, COURTROOM 742, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

   On: **February 12, 2008**      Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                          $231,904.51

   Disbursements                                     $231,904.51

   Net Cash Available for Distribution                     $0.00

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY A. STEINBERG, TRUSTEE
*Trustee Compensation* | $30,000.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| UNITED STATES TRUSTEE<br>*U.S. Trustee Quarterly* | $1,000.00 | $0.00 | $0.00 |
| SCOTT & KRAUS LLC<br>*Attorney for Trustee* | $6,627.69 | $0.00 | $0.00 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $12,465.91 | $0.00 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $115,046.32 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4C | Illinois Dept. Employment Security | $2,353.11 | $0.00 |
| 6 | Department of Treasury | $70,186.21 | $0.00 |
| 7A | Illinois Dept of Revenue | $1,756.00 | $0.00 |
| 8B | Illinois Dept of Revenue | $501.00 | $0.00 |
| 9B | Illinois Dept of Revenue | $4,491.00 | $0.00 |
| 10B | Illinois Dept of Revenue | $35,759.00 | $0.00 |

6. Claims of general unsecured creditors totaling $17,793.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Comed Co. | $4,691.34 | $0.00 |
| 2 | Lato Supply Corporation | $2,914.82 | $0.00 |
| 3 | Nicor Gas | $1,586.63 | $0.00 |
| 4A | Illinois Dept. of Employment Security | $300.00 | $0.00 |
| 5 | Ecolab | $2,236.88 | $0.00 |
| 7B | Illinois Dept of Revenue | $80.00 | $0.00 |
| 8A | Illinois Dept of Revenue | $20.00 | $0.00 |
| 9A | Illinois Dept of Revenue | $707.00 | $0.00 |
| IOA | Illinois Dept of Revenue | $4,876.00 | $0.00 |
| 11 | Groot Recycling & Waste Services, Inc. | $380.82 | $0.00 |

7. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no

objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

8. The Trustee proposes to abandon the following property at the hearing:

NONE

Dated: **January 8, 2008**            For the Court,

                              By:    **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

Trustee:    Jay A. Steinberg, Trustee
Address:    35 East Wacker Suite 1550
            Chicago, IL 60601-0000
Phone No.:  (312) 832-4703