UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| US HOTEL CORP. | ) | Case No. 05-04783 |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report and
Hearing on Applications for Compensation**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 742, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **February 12, 2008**        Time:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                 $231,904.51

    Disbursements                                                       $231,904.51

    Net Cash Available for Distribution                      $0.00

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY A. STEINBERG, TRUSTEE  *Trustee Compensation* | $30,000.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| UNITED STATES TRUSTEE<br>*U.S. Trustee Quarterly* | $1,000.00 | $0.00 | $0.00 |
| SCOTT & KRAUS LLC<br>*Attorney for Trustee* | $6,627.69 | $0.00 | $0.00 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $12,465.91 | $0.00 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $115,046.32 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4C | Illinois Dept. Employment Security | $2,353.11 | $0.00 |
| 6 | Department of Treasury | $70,186.21 | $0.00 |
| 7A | Illinois Dept of Revenue | $1,756.00 | $0.00 |
| 8B | Illinois Dept of Revenue | $501.00 | $0.00 |
| 9B | Illinois Dept of Revenue | $4,491.00 | $0.00 |
| 10B | Illinois Dept of Revenue | $35,759.00 | $0.00 |

6. Claims of general unsecured creditors totaling $17,793.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Comed Co. | $4,691.34 | $0.00 |
| 2 | Lato Supply Corporation | $2,914.82 | $0.00 |
| 3 | Nicor Gas | $1,586.63 | $0.00 |
| 4A | Illinois Dept. of Employment Security | $300.00 | $0.00 |
| 5 | Ecolab | $2,236.88 | $0.00 |
| 7B | Illinois Dept of Revenue | $80.00 | $0.00 |
| 8A | Illinois Dept of Revenue | $20.00 | $0.00 |
| 9A | Illinois Dept of Revenue | $707.00 | $0.00 |
| IOA | Illinois Dept of Revenue | $4,876.00 | $0.00 |
| 11 | Groot Recycling & Waste Services, Inc. | $380.82 | $0.00 |

7. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no

objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

8.  The Trustee proposes to abandon the following property at the hearing:

   NONE


Dated: **January 8, 2008**                                For the Court,

                                          By:   **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street, 7th Floor
                                                Chicago, IL  60604


Trustee:      Jay A. Steinberg, Trustee
Address:      35 East Wacker Suite 1550
              Chicago, IL 60601-0000
Phone No.:    (312) 832-4703

0504783.DOC

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2             Date Rcvd: Jan 08, 2008
Case: 05-04783                 Form ID: pdf002             Total Served: 47

The following entities were served by first class mail on Jan 10, 2008.
db          +US Hotel Corporation,    200 E Rand Rd,    Mt Prospect, IL 60056-2158
aty         +Eugene S. Kraus,    Scott & Kraus, LLC,    150 South Wacker Drive,    Suite 2900,
              Chicago, IL 60606-4206
aty         +James M McArdle,    Scott & Kraus, LLC,    150 South Wacker Drive,    Suite 2900,
              Chicago, IL 60606-4206
tr          +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,    Chicago, IL 60601-2124
8940560     +A Barr Sales, Inc.,    8130 W. 47th Street,    Lyons, IL 60534-1836
8940561      A.S. Hospitality,    P.O. Box 240488,    Memphis, TN 38124-0488
8940589      AT&T Universal Card,    P.O. Box 6407,    The Lakes, NV 88901-6407
8940562     +Adam S. Fayne, Esq.,    Attorney and Special Assistant U.S. Atty,    Office of Chief Counsel, IRS,
              200 W. Adams, Suite 2300,    Chicago, IL 60606-5231
8940563     +Alsco,    2641 S. Leavitt,    Chicago, IL 60608-5215
8940590      Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8940591      Citi Cards,    P.O. Box 6406,    The Lakes, NV 88901-6406
8940592      CitiBusiness Card,    P.O. Box 6309,    The Lakes, NV 88901-6309
8940603     +Citicorp Credit Services,    Management, Inc.,    P.O.Box 21882,    Eagan, MN 55121-0882
8940598     +Citicorp Credit Services,,    Alliance One Receivables,    P.O.Box 21882,    Eagan, MN 55121-0882
8940593     +Citicorp Credit Services,,    Inc. (USA),    Alliance One Receivables,    P.O.Box 21882,
              Eagan, MN 55121-0882
8940618     +Citicorp Credit Services, Inc. (USA),    Alliance One Receivables Management, Inc,    P.O.Box 21882,
              Eagan, MN 55121-0882
8940564     +Clear Channel Airports,    710 North Dearborn Street,    Chicago, IL 60610-5900
8940566     +D. Patrick Mullarkey, Esq.,    Tax Division (DOJ),    P.O. Box 55,    Ben Franklin Station,
              Washington, DC 20044-0055
8940567     +Darling International, Inc.,    3000 W. Wireton Road,    Blue Island, IL 60406-1861
8940568      Dependable Fir Equipment, Inc.,    60 LeBaron Street,    Waukegan, IL 60085-3025
8940569     +Ecolab,    P.O. Box 70343,    Chicago, IL 60673-0001
8940570     +Farmer Brothers Co.,    31 W. 280 Diehl Road,    Unit 103,    Naperville, IL 60563-1066
8940571     +Groot Recycling & Waste Services, Inc.,    2500 Landmeier Road,    Elk Grove Village, IL 60007-2627
8940572     +I.D.E.S.,    Chicago Region - Revnue,    527 S. Wells,    Chicago, IL 60607-3928
9094051    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of Treasury,    Internal Revenue Service,    230 S Dearborn,
              Stop 5016 CHI,    Chicago, IL 60604)
8940574    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8940573      Illinois Department of Revenue,    P.O. Box 19447,    Springfield, IL 62794-9447
9193121     +Illinois Dept of Revenue,    Bankruptcy Unit James R Thompson Center,    100 W Randolph,
              Ste 7 425,    Chicago IL 60601-3218
9062858     +Illinois Dept. Employment Security,    Attorney General Section - 9th Floor,    33 S State St,
              Chicago IL 60603-2802
9470379     +Ira Bodenstein,    United States Trustee for the Northern,    District of Illinois,
              227 W Monroe, Suite 3350,    Chicago IL 60606-5099
8940575     +James D. Newbold, Esq.,    Illinois Attorney General,    100 W. Randolph Street, 13th Fl.,
              Chicago, IL 60601-3397
8940576     +Joshua S. Hyman, Esq.,    Chuhak & Tecson, P.C.,    30 S. Wacker Drive,    Suite 2600,
              Chicago, IL 60606-7512
8940577     +Lato Supply Corporation,    P.O. Box 14830,    Phoenix, AZ 85063-4830
8940578      MPower Communications,    P.O. Box 36430,    Las Vegas, NV 89133-6430
8940579     +Muhammed N. Sindhu,    1803 Continental Avenue,    Suite 307,    Naperville, IL 60563-4027
8940582     +NSI Signs, Inc.,    960 Sivert Drive,    Unit F,    Wood Dale, IL 60191-2602
8940580      Nextel Communications,    P.O. Box 172195,    Carol Stream, IL 60197-4181
8940584      RGI Publications, Inc.,    P.O. Box 338,    Olathe, KS 66051-0338
8940583      Ramada Franchise Systems, Inc.,    P.O. Box 360113,    Pittsburg, PA 15251-6113
8940587     +SBC Ameritech,    P.O. Box 5072,    Saginaw, MI 48663-0001
8940585     +Saflok,    1950 Austin Drive,    Troy, MI 48083-2205
8940586     +Sara Lee Coffee & Tea,    P.O. Box 93354,    Chicago, IL 60673-0001
8940588     +State Chemical Manufacturing Co.,    3100 Hamilton Avenue,    Cleveland, OH 44114-3783

The following entities were served by electronic transmission on Jan 09, 2008.
8940565     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                              ComEd,
              Bill Payment Center,    P.O. Box 805376,    Chicago, IL 60680-4115
8993395     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                              ComEd Co,
              2100 Swift Drive,    Bankruptcy Section/Revenue Management,    Oakbrook IL 60523-1559
8940581      E-mail/Text: bankrup@nicor.com                                                   Nicor Gas,    P.O. Box 310,
              Aurora, IL 60507-0310
9058874     +E-mail/Text: bankrup@nicor.com                                                   Nicor Gas,    PO Box 549,
              Aurora IL 60507-0549
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8940604*      AT&T Universal Card,    P.O. Box 6407,    The Lakes, NV 88901-6407
8940609*      AT&T Universal Card,    P.O. Box 6407,    The Lakes, NV 88901-6407
8940614*      AT&T Universal Card,    P.O. Box 6407,    The Lakes, NV 88901-6407
8940594*      AT&T Universal Card,    P.O. Box 6407,    The Lakes, NV 88901-6407
8940599*      AT&T Universal Card,    P.O. Box 6407,    The Lakes, NV 88901-6407
8940595*      Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8940600*      Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8940605*      Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8940610*      Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8940615*      Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jan 08, 2008
Case: 05-04783                 Form ID: pdf002          Total Served: 47

              ***** BYPASSED RECIPIENTS (continued) *****
8940596*        Citi Cards,    P.O. Box 6406,    The Lakes, NV 88901-6406
8940601*        Citi Cards,    P.O. Box 6406,    The Lakes, NV 88901-6406
8940606*        Citi Cards,    P.O. Box 6406,    The Lakes, NV 88901-6406
8940611*        Citi Cards,    P.O. Box 6406,    The Lakes, NV 88901-6406
8940616*        Citi Cards,    P.O. Box 6406,    The Lakes, NV 88901-6406
8940597*        CitiBusiness Card,    P.O. Box 6309,    The Lakes, NV 88901-6309
8940602*        CitiBusiness Card,    P.O. Box 6309,    The Lakes, NV 88901-6309
8940607*        CitiBusiness Card,    P.O. Box 6309,    The Lakes, NV 88901-6309
8940612*        CitiBusiness Card,    P.O. Box 6309,    The Lakes, NV 88901-6309
8940617*        CitiBusiness Card,    P.O. Box 6309,    The Lakes, NV 88901-6309
8940608*       +Citicorp Credit Services,,    Alliance One Receivables,    P.O.Box 21882,    Eagan, MN 55121-0882
8940613*       +Citicorp Credit Services,,    Alliance One Receivables,    P.O.Box 21882,    Eagan, MN 55121-0882
                                                                                          TOTALS: 0, * 22
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2008**                    **Signature:**    *Joseph Speetjens*