UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| US Hotel Corp., | ) | Hon. Carol Doyle |
| | ) | |
| Debtor. | ) | Case No. 05-04783 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To: The Honorable Carol Doyle
    United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expense which is attached hereto as Exhibit A

All checks have been cashed. Evidence of all cancelled checks is set forth on the Form 2 Report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

                                         /s/ Jay A. Steinberg, trustee

Dated: June 5, 2008

Jay A. Steinberg
35 E. Wacker Dr. #1550
Chicago IL 60601
312-832-4703

# Exhibit A

# Compensation Order

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| U.S. HOTEL CORP. | ) | Case No. 05-04783 |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses previously allowed as interim compensation and expenses are deemed as final as follows:

| | | |
|---|---|---|
| 1. | Jay A. Steinberg, Trustee - compensation | $31,000.00 |
| 2. | Jay A. Steinberg, Trustee - expenses | $0.00 |
| | TOTAL | $31,000.00 |

IT IS FURTHER ORDERED that the previously allowed interim compensation and expenses are deemed as final as follows:

1.  SCOTT & KRAUS LLC
    *Attorney for Trustee*
    a.   Compensation          $6,627.69
    b.   Expenses              $0.00

2.  POPOWCER KATTEN, LTD.
    *Accountant for Trustee*
    a.   Compensation          $12,465.91
    b.   Expenses              $0.00

DATED this _____ day of _____March, 2008_____

ENTERED: _____Carol A. Doyle_____
              UNITED STATES BANKRUPTCY JUDGE

Electronically Filed Document Case 05bk04783 Entered 11/29/2005 Filed by James McArdle Description Proposed Order Page 1 of 2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) No. 05 B 04783 |
| US HOTEL CORPORATION, | ) |
| | ) Chapter 7 |
| | ) Judge Carol A. Doyle |
| | ) |
| Debtor. | ) Hearing Date: December 12, 2005 |
| | ) Hearing Time: 10:00 a.m. |

### ORDER AUTHORIZING PAYMENT OF TRUSTEE'S ADMINISTRATIVE EXPENSES

This matter coming to be heard on the Trustee's Motion for Payment of Administrative Expenses Pursuant to Section 506(c), all as more particularly set forth therein, due notice having been served on all creditors and parties in interest, no objections having been filed or raised and the Court being fully advised in the premises,

WHEREFORE, IT IS ORDERED THAT:

1. The Motion of Jay A. Steinberg, not individually, but solely as Chapter 7 Trustee ("Trustee") for the Estate of US Hotel Corporation (the "Debtor"), for payment of administrative expenses pursuant to Section 506(c) is granted;

2. The Trustee's fees of $31,000.00 are approved;

3. The fees of Lois West and Popowcer Katten, Ltd., as accountants to the Trustee, in the amount of $12,465.91 are approved; and

4. The fees of Scott & Kraus, LLC, as counsel to the Trustee, in the amount of $6,627.69 and reimbursement of expenses of $7.72 are approved.
   *are approved*

Dated: December 13, 2005

Carol A. Doyle, Bankruptcy Judge

{00011379.DOC/2785/057/11/21/2005 11:10 AM}

Order prepared by:

Eugene S. Kraus (6201457)
James M. McArdle (6203305)
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60610
(312) 327-1050
(312) 327-1051 fax

{00011379.DOC/2785/057/11/21/2005 11:10 AM}

# Exhibit B

# Form 2
# Estate Cash Receipts and Disbursements Record

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-04783 -CAD | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | US HOTEL CORP. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2451  BofA - Money Market Account |
| Taxpayer ID No: | *******1277 | | | |
| For Period Ending: | 06/12/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/03/05 | 2 | RICHARDS, RALPH & SCHWAB, CHARTERED CLIENT TRUST ACCOUNT 175 E. HAWTHORN PARKWAY SUITE 345 VERNON HILLS, ILLINOIS 60061 | Sindhu/U.S. Hotel | 1249-000 | 46,722.36 | | 46,722.36 |
| C  11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 18.39 | | 46,740.75 |
| C  12/13/05 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 9.22 | | 46,749.97 |
| C t 12/13/05 | | Transfer to Acct #*******2503 | Transfer In From MMA Account | 9999-000 | | 46,749.97 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account  *******2451 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 46,722.36 | 0 | Checks | 0.00 |
| | 2 | Interest Postings | 27.61 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 46,749.97 |
| | | Subtotal | $ 46,749.97 | | | |
| | | | | | Total | $ 46,749.97 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 46,749.97 | | | |

LFORM2T4    Ver: 12.63

FORM 2                                                                                                      Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-04783 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | US HOTEL CORP. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2503 BofA - Checking Account |
| Taxpayer ID No: | *******1277 | | |
| For Period Ending: | 06/12/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 12/13/05 | | Transfer from Acct #*******2451 | Transfer In From MMA Account | 9999-000 | 46,749.97 | | 46,749.97 |
| C 12/13/05 | 003001 | JAY A. STEINBERG, Trustee | Per Order of Court dated 12/13/2005 | 2100-000 | | 31,000.00 | 15,749.97 |
| C 12/13/05 | 003002 | LOIS WEST<br>POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Per Order of Court dated 12/13/2005 | 3410-000 | | 12,465.91 | 3,284.06 |
| C 12/13/05 | 003003 | SCOTT & KRAUS, L.L.C.<br>150 S. WACKER DRIVE<br>SUITE 2900<br>CHICAGO, ILLINOIS 60606 | Per Order of Court dated 12/13/2005 | 3210-000 | | 3,284.06 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******2503 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 3 | Checks | 46,749.97 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | 0 Adjustments In | 0.00 | | Total | $ 46,749.97 |
| | 1 Transfers In | 46,749.97 | | | |
| | Total | $ 46,749.97 | | | |

LFORM2T4                                                                                                Ver: 12.63

FORM 2  Page: 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-04783 -CAD | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | US HOTEL CORP. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2139 BofA - Checking Account |
| Taxpayer ID No: | *******1277 | | | |
| For Period Ending: | 06/12/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| C 08/27/07 | | LE PETOMANE INC. | TRUSTEE REFUND | 2100-000 | -1,000.00 | 1,000.00 |
| C 08/28/07 | 003001 | United States Trustee for the Northern District of Illinois 227 W Monroe, Suite 3350 Chicago IL 60606 | U.S. TRUSTEE QUARTERLY FEES | 2950-000 | 1,000.00 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******2139 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 0.00 | 1 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 0.00 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 46,722.36 | 4 | Checks | 46,749.97 |
| 2 | Interest Postings | 27.61 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 46,749.97 |
| | Subtotal | $ 46,749.97 | | | |
| | | | | Total | $ 93,499.94 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 46,749.97 | | | |
| | Total | $ 93,499.94 | | Net Total Balance | $ 0.00 |

LFORM2T4  Ver: 12.63